```
UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
       CIVIL DOCKET ENTRIES FOR CASE A05-0223--CV (RRB)
              "MICHAEL INVESTMENTS V IMPERIAL CHEMICAL ET"

        Including terminated parties, excluding terminated counsel
```

```
  Presiding Judge:  The Honorable Ralph R. Beistline, U.S. District Judge
  Magistrate Judge:
    Referral Rule:
            Filed: 09/09/05
           Closed: NO

     Jurisdiction: (4) Diversity (see citizenship of parties)
    PLF Diversity: (4) Incorporated or Principal Place of Business in This State
    DEF Diversity: (3) Citizen or Subject of a Foreign Country

   Nature of Suit: (190) Other contract actions

           Origin: (2) Removed from State Court
           Demand:
       Filing fee: Paid $250.00 on 09/09/05 receipt # 00126560
         Trial by: Jury
```

Parties of Record:                              Counsel of Record:

| Party | | Counsel |
|---|---|---|
| PLF 1.1 | MICHAEL INVESTMENTS LLC | David H. Shoup<br>Tindall Bennett et al<br>508 W. 2nd Avenue, 3rd Floor<br>Anchorage, AK 99501<br>907-278-8533<br>FAX 907-278-8536 |
| DEF 1.1 | [T] IMPERIAL CHEMICAL INDUSTRIES PLC | No counsel found for this party! |
| DEF 2.1 | GLIDDEN CO | James E. Torgerson<br>Heller Ehrman LLP<br>510 L Street, Suite 500<br>Anchorage, AK 99501-1959<br>907-277-1900<br>FAX 907-277-1920<br><br>Peter J. Reckmeyer<br>Heller Ehrman et al<br>510 L. Street, Suite 500<br>Anchorage, AK 99501<br>907-277-1900<br>FAX 907-277-1920 |

```
                  UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
                       CIVIL DOCKET ENTRIES FOR CASE A05-0223--CV (RRB)
                           "MICHAEL INVESTMENTS V IMPERIAL CHEMICAL ET"

                                      For all filing dates


   Presiding Judge:  The Honorable Ralph R. Beistline, U.S. District Judge
   Magistrate Judge:
      Referral Rule:
             Filed: 09/09/05
            Closed: NO

      Jurisdiction: (4) Diversity (see citizenship of parties)
     PLF Diversity: (4) Incorporated or Principal Place of Business in This State
     DEF Diversity: (3) Citizen or Subject of a Foreign Country

    Nature of Suit: (190) Other contract actions

            Origin: (2) Removed from State Court
            Demand:
        Filing fee: Paid $250.00 on 09/09/05 receipt # 00126560
          Trial by: Jury


 Document #    Filed      Docket text

     1 -   1  09/09/05    DEF 1-2 Notice of Removal from Superior Court case no. 3AN-05-10491CI
                          w/att exhs.

     1 -   2  09/09/05    PLF 1 Jury Demand.

     2 -   1  09/09/05    DEF 1-2 Service List.

     3 -   1  09/12/05    RRB Minute Order to Petitioners Subsequent to Removal.  Petitioners to
                          file w/crt w/i 10 days state crt docs. cc: cnsl

     4 -   1  09/15/05    DEF 2 Answer to Complaint.

     5 -   1  09/15/05    DEF 2 Jury Demand.

     6 -   1  09/21/05    DEF 2 Stipulation to dismiss Imperial Chemichal Industries, PLC.

     6 -   2  09/22/05    Order granting stipulation to dismiss Imperial Chemichal Industries, PLC
                          (6-1).  Pursuant to 41(a)(1). cc: cnsl

     7 -   1  09/23/05    RRB Minute Order re: initial case stat rpt/case S&P; Rule 16(b) rpt is
                          due w/i 28 days from svc of this ord. cc: cnsl

     8 -   1  09/23/05    DEF 2 Notice of filing supplemental records w/att exhs.

     9 -   1  10/18/05    DEF 2 Disclosure statement.

    10 -   1  10/20/05    PLF 1; DEF 2 Scheduling & Planning Conference Report.

    11 -   1  10/27/05    RRB Scheduling and Planning Order setting pretrial deadlines: Original
                          discovery 08/28/06; Dispositive motions deadline 09/29/06; Estimate of
                          trial 5 days. cc: cnsl
```