David H. Shoup, Esq.
TINDALL BENNETT & SHOUP, P.C.
508 W 2nd Avenue, Third Floor
Anchorage, Alaska 99501
(907) 278-8533 Fax: (907) 278-8536

Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

MICHAEL INVESTMENTS, LLC, )
)
          Plaintiff, )
)
      -vs- )
) Case No. A05-0223CV (RRB)
IMPERIAL CHEMICAL INDUSTRIES, PLC, )
THE GLIDDEN COMPANY, and )
ICI PAINTS, )
)
          Defendants. )
_____)

**PRELIMINARY WITNESS LIST**

Plaintiff, by and through counsel submit their preliminary witness list as follows:

1. Ron Adams, Manager
   ICI Paints
   c/o defense counsel

2. American Building Services, Representatives of
   4403 Van Buren St.
   Anchorage, Alaska
   248-5557

1

3.  Dale Campbell
    Curtis and Campbell
    6239 B Street
    Anchorage, Alaska

4.  Randy Cassidy
    ICI Paints
    c/o defense counsel

5.  Geraldine Estabrook
    c/o Tindall Bennett & Shoup

6.  John Estabrook
    c/o Tindall Bennett & Shoup

7.  Peter Hickel and Brandon Carlson
    c/o Houston Painting
    Anchorage, Alaska

8.  Patricia Hudspeth
    c/o Tindall Bennett & Shoup

9.  Charlie Michael,
    c/o Tindall Bennett & Shoup

10. Tom Rosling
    c/o American Janitorial Service
    P.O. Box 131672
    Anchorage, AK 99514
    522-5255

11. Brad Watts
    Alaska Supreme Painting
    Anchorage, Alaska.

12. All witnesses identified in the other parties' witness list.

13. All witnesses identified in the parties' initial disclosures.

14. All witnesses necessary to authenticate documents.

15. All witnesses necessary for rebuttal.

2

DATED at Anchorage, Alaska this 12th day of January, 2006.

TINDALL BENNETT & SHOUP
Attorneys for Plaintiff

By: _____
    for David H. Shoup
    ABA No. 8711106

I HEREBY CERTIFY that on this 12th day of January, 2006, a true and correct copy of the foregoing was sent to the following via:

☒ Mailed    ☐ Hand Delivered    ☐ Fax

Peter Reckmeyer
James E. Torgerson
Heller Ehrman LP
510 L Street, Suite 500
Anchorage, AK 99501-1959

By: _____
Tindall Bennett & Shoup

3