David H. Shoup, Esq.
TINDALL BENNETT & SHOUP, P.C.
508 W 2nd Avenue, Third Floor
Anchorage, Alaska 99501
(907) 278-8533 Fax: (907) 278-8536

Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| MICHAEL INVESTMENTS, LLC,    ) | |
|    ) | |
|       Plaintiff,    ) | |
|    ) | |
|      -vs-    ) | Case No. 3:05-CV-223 (RRB) |
|    ) | |
| THE GLIDDEN COMPANY, and    ) | |
| ICI PAINTS,    ) | |
|    ) | |
|      Defendants.    ) | |

## UNOPPOSED REQUEST FOR JUDICIAL SETTLEMENT CONFERENCE

Plaintiff, by and through counsel, respectfully requests a judicial settlement conference in the above captioned case.  Counsel for both parties have conferred and both believe a judicial settlement conference may result in a settlement of this matter.

DATED at Anchorage, Alaska this _____ day of February, 2006.

TINDALL BENNETT & SHOUP
Attorneys for Plaintiff

By: _____
David H. Shoup
ABA No. 8711106

TINDALL, BENNETT & SHOUP, P.C.
508 WEST 2nd AVENUE, THIRD FLOOR
ANCHORAGE, ALASKA 99501
(907) 278-8533
FAX (907) 278-8536

I HEREBY CERTIFY that on this ⟨⟩ day of
February, 2006, a true and correct copy
of the foregoing was sent to the following via:

☐ Mailed   ☐ Hand Delivered   ☐ Fax   ☑ Electronic

Peter Reckmeyer
James E. Torgerson
Heller Ehrman LP
510 L Street, Suite 500
Anchorage, AK 99501-1959

By: _____
      Tindall Bennett & Shoup

TINDALL BENNETT & SHOUP, P.C.
508 WEST 2ᴿᴰ AVENUE, THIRD FLOOR
ANCHORAGE, ALASKA 99501
(907) 278-8533
FAX (907) 278-8536