UNITED STATES DISTRICT COURT
DISTRICT OF ALASKA

MICHAEL INVESTMENTS, LLC, )
                          )
        Plaintiff,        )   Case No.  3:05-CV-0223 (TMB)
                          )
v.                        )   ORDER SCHEDULING SETTLEMENT
                          )   CONFERENCE
THE GLIDDEN COMPANY, d.b.a. )
ICI Paints,               )
                          )
        Defendant.        )
_____)

IT IS ORDERED:

1. THAT a settlement conference convene in chambers before the undersigned judge on Tuesday, April 18, 2006, at 9:30 a.m., at Anchorage, Alaska.

2. THAT at said conference all counsel appear with full authority to settle all issues of this litigation; and, if such is impossible to obtain, counsel shall have their clients, with full settlement authority, available in person or by telephone at the time above-specified.

DATED at Anchorage, Alaska, this Fifth day of April 2006.

**REDACTED SIGNATURE**
James A. von der Heydt
United States District Judge