```
              MINUTES OF THE UNITED STATES DISTRICT COURT
                         DISTRICT OF ALASKA

    Michael Investments            v.       The Glidden Company

                                            Case No. 3:05-cv-00223 TMB

        THE HONORABLE JAMES A. VON DER HEYDT, DISTRICT JUDGE

Appearances
     Plaintiff: David Shoup
     Defendant: Peter Reckmeyer
l. davis, secretary
```

---

### ORDER FROM CHAMBERS

Continued settlement conference held.  Settlement not possible at this time.  It is recommended that the case be set for trial.  Any party may request further settlement conference at any time.  The case is returned to Judge Burgess for appropriate procedures.

DATED: May 15, 2006                              by: mld