James E. Torgerson, AK Bar No. 8509120
HELLER EHRMAN LLP
510 L Street, Suite 500
Anchorage, AK 99501-1959
Telephone: (907) 277-1900
Facsimile: (907) 277-1920

Attorneys for Defendant
THE GLIDDEN COMPANY, d/b/a ICI PAINTS

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| MICHAEL INVESTMENTS, LLC, | |
|---|---|
| Plaintiff, | |
| vs. | Case No. 3:05-cv-0223 (TMB) |
| THE GLIDDEN COMPANY, d/b/a ICI PAINTS, | **NOTICE OF CHANGE OF CONTACT INFORMATION** |
| Defendant. | |

PLEASE TAKE NOTICE that Peter R. Reckmeyer is leaving the firm of Heller Ehrman LLP effective June 1, 2006. Please direct future pleadings and other mailings to James E. Torgerson at Heller Ehrman LLP.

DATED: May 31, 2006        HELLER EHRMAN LLP

By: _____
JAMES E. TORGERSON (ABA No. 8509120)
Attorneys for Defendant THE GLIDDEN
COMPANY, d/b/a ICI PAINTS

**CERTIFICATE OF SERVICE**

This is to certify that a true and correct copy of the foregoing NOTICE OF CHANGE OF CONTACT INFORMATION has been sent via ☐ Facsimile ☐ U. S. Mail ☐ Hand Delivery this 31st day of May, 2006, to:

David H. Shoup
TINDALL BENNETT & SHOUP, PC
508 W. 2nd Ave., 3rd Floor
Anchorage, AK  99501
Facsimile:  278-8536

_____
Susan H. Abbott

SE 2162218 v1
6/2/06 2:15 PM (42647.0001)

Heller Ehrman LLP
510 L STREET, SUITE 500
ANCHORAGE, AK 99501-1959
TELEPHONE (907) 277-1900

NOTICE OF CHANGE OF CONTACT INFORMATION
Michael Investments v. The Glidden Co., 3:05-cv-223 (TMB)
Page 2 of 2