James E. Torgerson, AK Bar No. 8509120
HELLER EHRMAN LLP
510 L Street, Suite 500
Anchorage, AK 99501-1959
Telephone: (907) 277-1900
Facsimile: (907) 277-1920

Attorneys for Defendant
THE GLIDDEN COMPANY, d/b/a ICI PAINTS

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| MICHAEL INVESTMENTS, LLC,<br><br>                      Plaintiff,<br><br>vs.<br><br>THE GLIDDEN COMPANY, d/b/a ICI PAINTS,<br><br>                      Defendant. | Case No. 3:05-cv-0223 (TMB)<br><br>**NOTICE OF CHANGE OF CONTACT INFORMATION** |

PLEASE TAKE NOTICE that Peter R. Reckmeyer is leaving the firm of Heller Ehrman LLP effective June 1, 2006. Please direct future pleadings and other mailings to James E. Torgerson at Heller Ehrman LLP.

DATED: May 31, 2006        HELLER EHRMAN LLP

By:   s/James E. Torgerson
     JAMES E. TORGERSON (ABA No. 8509120)
     HELLER EHRMAN LLP
     510 L Street, Suite 500
     Anchorage, AK 99501-1959
     Telephone: (907) 277-1900
     Facsimile: (907) 277-1920
     jim.torgerson@hellerehrman.com
     Attorneys for Defendant THE GLIDDEN COMPANY, d/b/a ICI PAINTS

**CERTIFICATE OF SERVICE**
This is to certify that a true and correct copy of the foregoing NOTICE OF CHANGE OF CONTACT INFORMATION has been served electronically 2nd day of June, 2006, to:

David H. Shoup
TINDALL BENNETT & SHOUP, PC
508 W. 2nd Ave., 3rd Floor
Anchorage, AK  99501
Facsimile:  278-8536


s/James E. Torgerson
James E. Torgerson

SE 2162218 v1
6/2/06 2:32 PM (42647.0001)

NOTICE OF CHANGE OF CONTACT INFORMATION
Michael Investments v. The Glidden Co., 3:05-cv-223 (TMB)
Page 2 of 2