James E. Torgerson, AK Bar No. 8509120
HELLER EHRMAN LLP
510 L Street, Suite 500
Anchorage, AK 99501-1959
Telephone: (907) 277-1900
Facsimile: (907) 277-1920

Attorneys for Defendants
THE GLIDDEN COMPANY, d/b/a ICI PAINTS

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| MICHAEL INVESTMENTS, LLC,<br><br>        Plaintiff,<br><br>vs.<br><br>THE GLIDDEN COMPANY, d/b/a ICI PAINTS,<br><br>        Defendants. | Case No.: 3:05-cv-0223 CV (TMB)<br><br>**UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE FINAL REVISED WITNESS LIST** |

  Defendant The Glidden Company, d/b/a ICI Paints (ICI), hereby moves to extend the time within which Defendant must file its final revised witness list, currently due on June 15, 2006. ICI is still in the process of identifying a testifying expert regarding paint adhesion and/or composition and thus moves for an extension so that its final revised witness list will be due on Thursday, June 29, 2006.

  Counsel for Plaintiff Michael Investments, LLC, has authorized Defendant's counsel to represent that his client does not oppose this motion.

DATED: June 15, 2006        Respectfully submitted,

HELLER EHRMAN LLP


By   s/James E. Torgerson
     JAMES E. TORGERSON (Bar No. 8509120)
     Attorneys for Defendant THE GLIDDEN
     COMPANY, d/b/a ICI PAINTS

**[PROPOSED] ORDER**

It is hereby ORDERED that Defendant ICI's final revised witness list is hereby due on or before June 29, 2006.

DATED this _____ day of _____, 2006.

_____
TIMOTHY M. BURGESS
U.S. District Court Judge

**CERTIFICATE OF SERVICE**
This is to certify that a true and correct copy of the foregoing UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE FINAL REVISED WITNESS LIST has been served electronically this 15th day of June, 2006, to:

David H. Shoup
TINDALL BENNETT & SHOUP, PC
508 W. 2nd Ave., 3rd Floor
Anchorage, AK  99501
Facsimile:  (907) 278-8536


s/James E. Torgerson
James E. Torgerson

SE 2165575 v1
6/15/06 3:43 PM (42647.0001)

Heller Ehrman LLP
510 L Street, Suite 500
Anchorage, AK 99501-1959
Telephone (907) 277-1900