James E. Torgerson, AK Bar No. 8509120
HELLER EHRMAN LLP
510 L Street, Suite 500
Anchorage, AK 99501-1959
Telephone: (907) 277-1900
Facsimile: (907) 277-1920

Attorneys for Defendants
THE GLIDDEN COMPANY, d/b/a ICI PAINTS

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

MICHAEL INVESTMENTS, LLC,

                    Plaintiff,

vs.

THE GLIDDEN COMPANY, d/b/a ICI PAINTS,

                    Defendants.

Case No.: 3:05-cv-0223 CV (TMB)

**UNOPPOSED MOTION FOR EXTENSION OF DISCOVERY DEADLINES**

      Defendant The Glidden Company, d/b/a ICI Paints (ICI), hereby moves to extend the discovery-related deadlines listed below. Counsel for Defendant ICI is preparing for a trial in another matter that is scheduled to begin in late July and to last until late August. ICI is in the process of identifying a testifying expert regarding paint adhesion and/or composition, and the parties have not yet completed other fact discovery but will do so by the dates set forth below. Counsel for Plaintiff Michael Investments, LLC, has authorized Defendant's counsel to represent that his client does not oppose this motion.

- The final revised witness list is currently due on June 29, 2006. ICI moves for an extension so that the final revised witness list will be due on Tuesday, July 25, 2006.

- Expert witness disclosures in accordance with Federal Rule of Civil Procedure 26(a)(2) are currently due on August 14, 2006. ICI moves for an extension so that these disclosures will be due on October 13, 2006.

- All discovery is scheduled to be completed by August 28, 2006. ICI moves for an extension so that all discovery will be completed by October 27, 2006.

DATED: June 29, 2006         Respectfully submitted,

                             HELLER EHRMAN LLP


                             By    s/James E. Torgerson                .
                                JAMES E. TORGERSON (Bar No. 8509120)
                                Attorneys for Defendant THE GLIDDEN
                                COMPANY, d/b/a ICI PAINTS

## [PROPOSED] ORDER

It is hereby ORDERED that Defendant ICI's unopposed motion to extend discovery deadlines is GRANTED and that:

- The final revised witness list is hereby due on or before July 25, 2006.

- Expert witness disclosures in accordance with Federal Rule of Civil Procedure 26(a)(2) are hereby due on or before on October 13, 2006.

- All discovery will hereby be completed on or by October 27, 2006.

DATED this _____ day of _____, 2006.

_____
TIMOTHY M. BURGESS
U.S. District Court Judge

**CERTIFICATE OF SERVICE**
This is to certify that a true and correct copy of
the foregoing UNOPPOSED MOTION FOR
EXTENSION OF DISCOVERY DEADLINES has been served
electronically this 29th day of June, 2006, to:

David H. Shoup
TINDALL BENNETT & SHOUP, PC
508 W. 2nd Ave., 3rd Floor
Anchorage, AK  99501
Facsimile:  (907) 278-8536

s/James E. Torgerson
James E. Torgerson

SE 2167958 v1
6/29/06 4:56 PM (42647.0001)

Heller Ehrman LLP
510 L Street, Suite 500
Anchorage, AK 99501-1959
Telephone (907) 277-1900

UNOPPOSED MOTION FOR EXTENSION OF DISCOVERY DEADLINES
Michael Investments, LLC v. The Glidden Co., d/b/a ICI Paints, 3:05-cv-223 (TMB)
Page 3 of 3