Wei-Drin Lee, AK Bar No. 0505025
James E. Torgerson, AK Bar No. 8509120
HELLER EHRMAN LLP
510 L Street, Suite 500
Anchorage, AK  99501-1959
Telephone: (907) 277-1900
Facsimile: (907) 277-1920

Attorneys for Defendant
THE GLIDDEN COMPANY, d/b/a ICI PAINTS

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| MICHAEL INVESTMENTS, LLC,<br><br>       Plaintiff,<br><br>vs.<br><br>THE GLIDDEN COMPANY, d/b/a ICI PAINTS,<br><br>       Defendant. | Case No. 3:05-cv-0223 (TMB)<br><br>**[PROPOSED] ORDER GRANTING MOTION IN LIMINE TO EXCLUDE EXPERT TESTIMONY OF MICHAEL STAPLEFORD** |

After full consideration of the papers filed in support of and in opposition to Defendant ICI's Motion In Limine to Exclude the Expert Testimony of Michael Stapleford, and the pleadings and records on file, IT IS HEREBY ORDERED that the motion is hereby GRANTED.

DATED this _____ day of _____, 2006.

_____
TIMOTHY M. BURGESS
U.S. District Court Judge

**CERTIFICATE OF SERVICE**

This is to certify that a true and correct copy of the foregoing [PROPOSED] ORDER GRANTING MOTION IN LIMINE TO EXCLUDE TESTIMONY OF MICHAEL STAPLEFORD has been sent via ☐ Facsimile ☐ Regular U. S. Mail ☐ Hand Delivery ☒ Electronically this 27th day of November, 2006, to:

David H. Shoup
TINDALL BENNETT & SHOUP, PC
508 W. 2nd Ave., 3rd Floor
Anchorage, AK  99501
Facsimile:  278-8536
e-mail:  shoup@tindall-law.com

s/Wei-Drin Lee
Wei-Drin Lee

SE 2188570 v1
11/27/06 3:26 PM (42647.0001)

Heller Ehrman LLP
510 L Street, Suite 500
Anchorage, AK  99501-1959
Telephone (907) 277-1900