**EXHIBIT 1**

42647-0001

RECEIVED
OCT 16 2006
HellerEhrman LLP

David H. Shoup, Esq.
TINDALL BENNETT & SHOUP, P.C.
508 W 2nd Avenue, Third Floor
Anchorage, Alaska 99501
(907) 278-8533 Fax: (907) 278-8536

Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

MICHAEL INVESTMENTS, LLC,       )
                                )
            Plaintiff,          )
                                )
        -vs-                    )
                                ) Case No. 3:05-CV-223 (TMB)
THE GLIDDEN COMPANY, and        )
ICI PAINTS,                     )
                                )
            Defendants.         )
_____)

## DISCLOSURE OF EXPERT WITNESS

Plaintiff, by and through counsel, and pursuant to the Scheduling and Planning Order and Federal Rule 26(a)(2), hereby discloses following expert witness:

   Michael Stapleford
   Professional Engineer
   Vollmer-Gray Engineering Laboratories, Inc.
   2421 Palm Drive
   Signal Hill, CA 90766

A copy of Mr. Stapleford's report and C.V. is attached.

EXHIBIT 1
PAGE 1 OF 14 PAGES

DATED at Anchorage, Alaska this 13th day of October, 2006.

TINDALL BENNETT & SHOUP, P.C.
Attorneys for Plaintiff

By: _____
David H. Shoup, ABA No. 8711106
Tindall Bennett & Shoup, P.C.
508 W. 2nd Avenue, 3rd Floor
Anchorage, AK 99501
Phone: 907/278-8533
Fax: 907/278-8536
E-mail: Shoup@Tindall-law.com

I HEREBY CERTIFY that on this 13th day of October, 2006, a true and correct copy of the foregoing was served by mail on:

James E. Torgerson
Heller Ehrman LP
510 L Street, Suite 500
Anchorage, AK 99501-1959

By: _____
Tindall Bennett & Shoup

EXHIBIT 1
PAGE 2 OF 14 PAGES



# MICHAEL STAPLEFORD

## TECHNICAL AREAS OF SPECIALIZATION:

- Accident Reconstruction
- Computer Modeling and Animation
- Collision Repair Inspection
- Automotive Fraud Detection
- Vehicle Systems Analysis
- Slip/Trip and Fall Analysis

## EDUCATION:

Bachelor of Science in Mechanical Engineering
Cal Poly, San Luis Obispo (1986)

### Additional Training:

ICAR Certified, Automotive Collision Repair (2000)
ASE Certified in:   Engine
            Automatic Transmission
            Steering and Suspension
            Brakes
            A/C and Cooling
            Refinishing
            Structural Repair
            Non-structural Repair
Commercial Vehicle Accident Investigation Certificate, UC Riverside
Human Factors/Biomechanics Certificate, UC Riverside
Vehicle Analysis for Automotive Repair Fraud, UC Riverside
Crash Data Retrieval Certificate, Collision Safety Institute
PC Crash – Computer Crash Simulation
Certified Operator, English XL Variable Incidence Tribometer
Motor Vehicle Accident Reconstruction, SAE Professional Development Program

## REGISTRATION:

Registered Professional Engineer, California Number M32051

## PROFESSIONAL EXPERIENCE:

**Staff Engineer**, Vollmer-Gray Engineering Laboratories, Inc. (September 2003 to present). Accident reconstruction, collision repair inspections, automotive fraud detection, vehicle inspection and systems analysis, industrial equipment accidents, construction accidents, slip/trip and fall analysis, illumination testing, building code compliance, product safety analysis.

EXHIBIT 1
PAGE 3 OF 14 PAGES



**VOLLMER-GRAY**
ENGINEERING LABORATORIES, INC.

## Testimony of Michael Stapleford as of October 11, 2006

### DEPOSITIONS

| Lab No. | Date | Case Name | Case No. | Venue | Attorney |
|---|---|---|---|---|---|
| 040095 | 3/3/2004 | Garcia vs. Home Depot | TC016971 | Los Angeles County | Sidney Mendiovitz |
| 040851 | 1/21/2005 | Quero vs. Patel dba, 99 Cent Stores | RIC387145 | Riverside County | Christian Wilbert |
| 030910 | 1/26/2004 | Wiggins, et al. vs. Foot Locker | 02CC16388 | Orange County | Levitt & Leichenger |
| 040625 | 9/23/2004 | Brown vs. The Village at Orange | 04CC04804 | Orange County | Ludwig Law Center |
| 060018 | 5/9/2006 | Nyugen vs Ford | 04CC10608 | Orange County | Egerman & Brown |
| 040544 | 11/8/2004 | Mendoza vs. Munoz | GC032312 | Los Angeles Northeast Dist. | Richardson, Bambrick, et al |
| 050068 | 3/14/2005 | Williams vs. Nunez, et al | 04CC04219 | Orange County - Central | Zurawski & Chase |
| 050238 | 5/25/2005 | O'Keefe vs. Rech, et al | 04CC06549 | Orange County - Central | Maguire & Associates |
| 050151 | 8/4/2005 | Guevara vs. Glendale Mitsubishi | BC315607 | Los Angeles County | Brennan, Wiener & Simons |
| 050494 | 1/20/2006 | Glenn-Thomas vs. Wageman | PC035982 | Los Angeles County - Chatsworth | Ford, Walker, Haggerty & Behar |
| | | | | | |
| | | | | | |

### ARBITRATIONS

| Lab No. | Date | Case Name | Case No. | Venue | Attorney |
|---|---|---|---|---|---|
| 040213 | 5/26/2004 | Tillman vs. Exchange | G2889513 | Los Angeles County | Gilbert, Kelly, Crowley & Jennett |
| 040494 | 7/1/2004 | Modjaz vs. Exchange | | | Gilbert, Kelly, Crowley & Jennett |
| 060745 | 9/25/2006 | Llamas vs. Farmers Insurance | | Los Angeles County | Early, Maslach & Oetzes |

### TRIALS

| Lab No. | Date | Case Name | Case No. | Venue | Judge Name |
|---|---|---|---|---|---|
| N/A | 5/5/2003 | Chan vs. Serramonte | SCN-104981 | San Mateo Co. | |
| N/A | x/x/03 | Chan vs. Serramonte | SCN-104981 | San Mateo Co. | |
| 031148 | 3/10/2004 | People vs. Paz | 3CR12038 | Los Angeles County | |
| 040507 | 7/20 & 7/21/04 | People vs. Rodriguez | 4MT02139 | Los Angeles County | Charles G. Rubin |
| 040658 | 10/6/2005 | People vs. Hodge | YA054615 | Los Angeles County | John Mason |
| 050505 | 7/28/2006 | De La Cruz vs. Berrio | LC070861 | Los Angeles County | |
| 050547 | 9/28/2005 | People vs. Gregozo | YA060691 | Los Angeles County | Eric C. Taylor |
| 050372 | 7/20/2005 | Railla vs. Huxley | BC310773 | Los Angeles County | |
| 040625 | 11/10/2004 | Brown vs. The Village at Orange | 04CC04804 | Orange County | Derek G. Johnson |
| 060018 | 7/20, 7/21, 8/4/06 | Nguyen vs. Ford | 04CC10608 | Orange County - Central Justice Center | Michael Brennan |

2421 Palm Drive, Signal Hill, CA 90755    Tel: 562-427-VGEL (8435)    Fax: 562-427-8434
www.vglabs.com

EXHIBIT 1
PAGE 4 OF 15 PAGES



# VOLLMER-GRAY
ENGINEERING LABORATORIES, INC.

## FEE SCHEDULE

|  | CONSULTING (per hour) | TESTIMONY (2-hour minimum) |
|---|---|---|
| Carrie Henger | $100.00 | $150.00 |
| Isaac Ikram | $150.00 | $200.00 |
| Christopher Brignola | $150.00 | $200.00 |
| Anthony LaPallo | $150.00 | $250.00 |
| Michael Stapleford | $200.00 | $250.00 |
| Philippe Van Herle | $210.00 | $260.00 |
| Bruce J. Agle | $210.00 | $260.00 |
| Ian Morrison | $225.00 | $275.00 |
| Paul Guthorn | $250.00 | $300.00 |
| Gerald Zamiski | $250.00 | $300.00 |
| Ned Wolfe | $275.00 | $325.00 |
| Cory Gray | $275.00 | $325.00 |
| Reuben Vollmer | $275.00 | $325.00 |

\* \* \* \* \* \* \* \*

| | |
|---|---|
| Technician | $50.00 per hour |
| Delivery | $25.00 per hour |
| Mileage | $.60 per mile |
| Photos, mounted | $2.00 each |
| Digital prints | $2.00 each<br>$20.00 per CD |
| Color copies | $1.00 per page |
| Photographic expense | $1.00 each |
| Read and correct depo transcript | One minute per page |

NOTE: All time is charged portal-to-portal from Long Beach. There is a 2-hour minimum for deposition, arbitration and trial testimony. Compensation for services performed will not be contingent upon the necessity of client to receive payment from other parties. All items stored on our premises are subject to a storage fee.

Effective 1/1/06

EXHIBIT 1
PAGE 5 OF 15 PAGES

2421 Palm Drive, Signal Hill, CA 90755   Tel: 562-427-VGEL (8435)   Fax: 562-427-8434
www.vglabs.com



LABORATORY NUMBER 050320

ENGINEERING ANALYSIS IS REQUESTED BY:

Anchor Realty
2525 Gambell Street
Suite 307
Anchorage, AK 99503

Attention: John Estabrook

Reference:                        Michael Investments

Subject:                          Paint Failure



August 21, 2006

Laboratory Number 050320

Reference:   Michael Investments

## ENGINEERING ANALYSIS

### INTRODUCTION

On May 5, 2005 an investigation was initiated with regard to paint issues (flat, peeling and bleeding through) on a building in Anchorage Alaska. The building had been primed and painted between July 18, 2003 and August 6, 2003. It was reported that the finish coat showed streaking and "flashing" before the job was complete. More coats of paint were applied, but the streaking continued to reappear and continued to do so at least until June of 2004. By that time other problems had become apparent, including staining of windows due to the discharge involved in the streaking, peeling and bubbling of the paint, and an excessively flat finish on the painted surface. The objective of this analysis was to determine the cause of the paint issues.

### BACKGROUND

Material samples remaining from the painting project were provided for analysis:

One sample of liquid paint that had been transferred into a 1-quart can. That paint was reported to be from a 5-gallon can marked "6430-0110 Dulux Fortis Ext Satin"

One sample from a 5-gallon can with a painted over label which was still partially legible and read in part "...1/2 Grey Lady Primer"

In this report, these are referred to as "subject paint" and "Grey Lady primer". A sample of dried paint and primer was also provided. It was reported to have been peeled from the building by hand.

2421 Palm Drive, Signal Hill, CA 90755   Tel: 562-427-VGEL (8435)   Fax: 562-427-8434
www.vglabs.com

EXHIBIT 1

PAGE 1 OF 4 PAGES

Laboratory No. 050320
Page 2



## INSPECTION

On June 4 and June 5, 2006, inspection and testing of paint and primer adhesion was performed on the building at 2525 Gambell Street in Anchorage, Alaska, also known as the RAM building. Evidence of the streaking was noted on the windows. This appeared as an oily-looking film. However, no material could be removed or detected by touch. The streaking on the paint itself was no longer visible, but the finish of the paint was consistently flat, giving the appearance of primer rather than a finish coat. Testing was performed using an Elcometer Model F106 adhesion tester per ASTM D4541. While performing the adhesion tests, evidence was found of previous testing by both the "Tape Pull" method defined in ASTM D3351 and by the method of ASTM D4541. Previous tests performed on the first and second floors were inspected to determine the results. Most of the visible test sites had de-bonding of the paint and primer from the building panels.

An example of a previous test that appeared to be per ASTM D4541 is shown in Figures 1 and 2. This test was on the east side of the building. It was noted that paint would peel away easily from around the test spot. A previous test performed per ASTM D3351 is shown in Figure 3. This test appears to have produced a "0A" result, which is removal of paint beyond the area of scoring. Other evidence of previous testing was noted at locations around the building, including on the exterior of the third, fourth and fifth floors.

The testing on June 4 and 5 of 2006 was performed on exterior panels on the first and second floors. Readings produced by the method defined in ASTM D4541 are in units of pounds per square inch (psi) and indicate the tensile stress sustained by the primer bond to the building panels. Readings ranged from a low of 190 psi to higher than 500 psi, the maximum reading the Model F106 can record. The lowest readings occurred on the south side of building. The paint/primer coating could be peeled from the side of the building in several spots, most of which were also on the south



EXHIBIT 1
PAGE 9 OF 14 PAGES



side of the building, and in a few spots on the east side of the building. An area exhibiting severe peeling on the south side of the building is shown in Figures 4 and 5. The tape that was applied to the area was conventional masking tape used to identify test spots, and no scores had been made to the surface. On the north and east sides of the building, the paint could not be peeled off as a sheet in any of the areas tested. In general, the primer adhesion was better on the north and west sides of the building. Several of the test pucks could not be separated from the building at a tensile stress of 500 psi. When some of these were forcibly removed, the primer actually pulled the mineral coating away from the reinforced concrete of the panels.

Sheets of peeled paint/primer coating from the building were retained for chemical analysis. It was noted that after performing adhesion tests, it was possible to grasp the edges of the paint/primer coating surrounding the test spot, and pull away large sheets of the paint and primer coating. This was particularly the case on the south side of the building.

### ANALYSIS

Exemplar paint and primer that had been previously ordered was applied to an exemplar substrate. The subject "Grey Lady primer" and subject paint were also applied to an exemplar substrate. The substrate was fiberglass reinforced concrete with color impregnated mineral coating of the same manufacturer as the panels installed on the building. The samples were allowed to cure between and after coats for the time specified in the product instructions. The adhesion of the dried samples was then tested by tape pull per ASTM 3359. The results were:

| | |
|---|---|
| Exemplar paint and primer: | 5A – No peeling or removal |
| Subject paint and "Grey Lady primer": | 0A – Removal beyond the area of the scoring. |

Samples of dried paint and primer which were peeled from various locations on the building were analyzed by FT-IR on both the paint side and primer side. Liquid samples of the

EXHIBIT 1
PAGE 9 OF 14 PAGES

Laboratory No. 050320
Page 4


**VOLLMER-GRAY**
ENGINEERING LABORATORIES, INC.

subject and exemplar paint and subject and exemplar primers were also analyzed. The results of that analysis showed the following:

| | |
|---|---|
| Primer side of dried samples from building | Styrene-Acrylic Co-polymers + Carbonate + Silica |
| Paint side of dried samples from building | Acrylics + Clay |
| Subject primer "Grey Lady" (liquid) | Acrylics + Clay |
| Exemplar primer (liquid) | Styrene-Acrylic Co-polymers + Carbonate + Silica |
| Subject paint (liquid) | Acrylics + Clay |
| Exemplar paint (liquid) | Acrylics + Clay |

The analysis determined that the dried samples were composed of paint and primer, and that the chemical composition of the primer was similar to the liquid exemplar primer.

**DISCUSSION**

FT-IR analysis indicated that all of the dried samples removed from the building were composed of properly formulated primer covered by paint. The can marked "Grey Lady primer" was essentially paint, rather than primer. This is the reason for the failure of the subject "Grey Lady primer" to adhere to the exemplar substrate in laboratory testing. In contrast, the exemplar primer was able to establish a bond and adhere to the exemplar substrate.

Adhesion testing on the four sides of the building revealed that de-bonding and separation occurred overwhelmingly on the south side, with less on the east side and no notable de-bonding on the north and west sides. The south side of the building experiences the largest temperature swings of the four sides during summer months. The peeling is exacerbated by the greater thermal expansion of the coating relative to the fiberglass reinforced concrete panels.

EXHIBIT 1
PAGE 10 OF 14 PAGES

Laboratory No. 050320
Page 5



## CONCLUSION

The primer that is applied to the building appears to be properly formulated. The paint conforms to the specifications provided. This primer appears to have initially established adhesion, but did not maintain adhesion to the panels in specific areas. Most of the areas with a lack of adhesion are on the south side of the building. The peeling was likely caused by inability of the primer and paint coating to maintain adhesion during differential thermal expansion caused by changes in temperature.

At this time the reason for the flat finish, the recurring streaking on the painted surface and the staining on the windows has not been determined.

Respectfully Submitted,

Michael Stapleford
Professional Engineer
California No. M32051

Reviewed by:

Gerald F. Zamiski, Ph.D.
Professional Engineer
California No. MT1851

EXHIBIT 1
PAGE 11 OF 14 PAGES

Laboratory No. 050320
Page 6





Figure 1



Figure 2

EXHIBIT _L_
PAGE _12_ OF _14_ PAGES

Laboratory No. 050320
Page 7





Figure 3



Figure 4

EXHIBIT 1
PAGE 13 OF 14 PAGES

Laboratory No. 050320
Page 8





Figure 5

EXHIBIT 1
PAGE 14 OF 14 PAGES