**EXHIBIT 2**

42647-0001 FILE

RECEIVED
OCT 2 4 2006
Heller Ehrman LLP

David H. Shoup, Esq.
TINDALL BENNETT & SHOUP, P.C.
508 W 2nd Avenue, Third Floor
Anchorage, Alaska 99501
(907) 278-8533 Fax: (907) 278-8536

Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| MICHAEL INVESTMENTS, LLC, | ) |
| Plaintiff, | ) |
| -vs- | ) Case No. 3:05-CV-223 (TMB) |
| THE GLIDDEN COMPANY, and ICI PAINTS, | ) |
| Defendants. | ) |

**RESPONSES TO DEFENDANT'S DISCOVERY
REQUESTS TO PLAINTIFF DATED SEPTEMBER 27, 2006**

Plaintiff, by and through counsel, responds to Defendant's Discovery Requests To Plaintiff dated September 27, 2006, as follows.

**RESPONSE:**

Commercial Contractors, Inc. In 1982.

**INTERROGATORY NO. 11:** State each and every fact that supports your claim that Michael Investments has suffered economic harm in excess of $100,000.

**RESPONSE:**

| | |
|---|---|
| Strip and repaint | $ 67,124.00 |
| Replace windows | $185,712.00 |
| Building wash | $ 2,360.00 |
| Engineers fees in excess of | $ 16,500.00 |

**INTERROGATORY NO. 12:** State each and every fact relating to any effort by Michael Investments to mitigate its alleged damages.

**RESPONSE:**

Numerous meetings in our office and at the job site with ICI during and after the project to try to resolve the problems with the paint.

### REQUESTS FOR PRODUCTION

**REQUEST FOR PRODUCTION NO. 1:** Please produce all documents and things in your possession or control that underlie your claim that the paint and primer ICI sold to Michael Investments was not appropriate for the RAM building.

**RESPONSE:**

Produced.

DATED at Anchorage, Alaska this 23rd day of October, 2006.

TINDALL BENNETT & SHOUP
Attorneys for Plaintiff

By: _____
David H. Shoup
ABA No. 8711106

I HEREBY CERTIFY that on this 23RD day of October, 2006, a true and correct copy of the foregoing was served electronically on:

James E. Torgerson
Heller Ehrman LP
510 L Street, Suite 500
Anchorage, AK 99501-1959

By: _____
Tindall Bennett & Shoup

TINDALL BENNETT & SHOUP, P.C.
508 WEST 2ND AVENUE, THIRD FLOOR
ANCHORAGE, ALASKA 99501
(907) 278-8533
FAX (907) 278-8536