**EXHIBIT 3**

STA11156.txt

1   DRAFT TRANSCRIPT - EASTWOOD-STEIN DEPOSITION SERVICES

2   (Wednesday, November 15th, 2006, Volume I of

3   Michael Stapleford, Michael Investments versus

4   The Glidden Company)

5                    (THIS IS A ROUGH DRAFT UNCERTIFIED

6   COMPUTER-GENERATED REALTIME TRANSCRIPT WHICH IS

7   UNPROOFED AND WHICH MAY CONTAIN INACCURACIES,

8   MISSPELLINGS, GRAMMATICAL ERRORS AND UNTRANSLATED

9   MATERIAL, AND IS NOT TO BE USED FOR CITATION.

10  RECEIPT OF THIS ROUGH DRAFT TRANSCRIPT IS AN

11  ORDER FOR A HARD COPY OF A FINAL CERTIFIED

12  TRANSCRIPT.)

13                    MS. LEE: .   .

14                    MR. SHOUP: .

15                    (Mr. Shoup present telephonically.)   01:09PM

16                    (I do).

17  BY MS. LEE:

18       Q.     Good afternoon, Mr. Stapleford.

19  I'm Wei-Drin, counsel for ICI in this case.

20                    MR. SHOUP:  Hold on, Counsel.        01:12PM

21  Could you -- sounds like you're on a speaker

22  phone, but you're very hard to hear, I wonder if

23  you could move the phone a little closer.

24                    MS. LEE:  Moving it.

25                    Counsel, just to say on the record,  01:13PM

                                                1

1   DRAFT TRANSCRIPT - EASTWOOD-STEIN DEPOSITION SERVICES

2       I do have Len Brewer here with me.
                        Page 1

EXHIBIT 3
PAGE 1 OF 48 PAGES

STA11156.txt

3    the one that was provided was back in, oh, first

4    quarter of 2005 and there have been additions

5    since then.                                        01:40PM

6         Q.    Can you tell me about your

7    undergraduate education?

8         A.    Yes.  A Bachelor of Science in

9    mechanical engineering from Cal Poly San Luis

10   Obispo.                                            01:41PM

11        Q.    Can you explain to me what

12   mechanical engineering encompassing?

13        A.    Mechanic engineering is one of the

14   more general approaches to engineering.

15   Mechanical engineers study all elements of the    01:41PM

16   other forms the only engineering.  Basically

17   we're studying material properties and use of

18   material properties for design of machines,

19   components, processes, things like that.  We also

20   have to study electronics.  We also have to study  01:41PM

21   fluids, chemistry, dynamics, to a great degree.

22        Q.    And what is the difference between

23   a mechanical engineering education as opposed to

24   a more specialized field such as electrical

25   engineering?                                       01:42PM

                                         11

□

1    DRAFT TRANSCRIPT - EASTWOOD-STEIN DEPOSITION SERVICES

2         A.    Well, electrical engineers are

3    probably not going to study dynamics as we do or

4    many of those other pursuits that we have.  A say

5    mechanical engineers will start in their area and 01:42PM

                         Page 10

EXHIBIT 3
PAGE 2 OF 48 PAGES

STA11156.txt

6    they cover a lot of the other areas.

7         Q.      And could you do that comparison

8    for chemical engineers?

9         A.      Yes, chemical engineers study

10   chemistry in much more detail than mechanical        01:42PM

11   engineers study chemistry.

12        Q.      To you have a graduate degree?

13        A.      No.

14        Q.      Have you taken any further courses

15   other than those listed in Exhibit 34?               01:42PM

16        A.      No.

17        Q.      Do you have any training -- Do you

18   have any training related to the composition of

19   paint?

20        A.      Yes.                                     01:43PM

21        Q.      Explain that training to me?

22        A.      Yes.

23               You'll notice on my CV there is I

24   car certification, and ASE certification in

25   automotive refinishing, among other areas.           01:43PM

                                                12

0

1    DRAFT TRANSCRIPT - EASTWOOD-STEIN DEPOSITION SERVICES

2         Q.      And I -- in this class did you

3    discuss automobile maintenance paint?

4         A.      Yes.

5         Q.      Or -- is automobile paint the same    01:43PM

6    kind of paint used in exterior application of

7    buildings?

8         A.      No.

9         Q.      Do you have any training or course
                             Page 11



EXHIBIT 3
PAGE 3 OF 48 PAGES

STA11156.txt

10    work in paint related to exterior applications of    01:44PM

11    buildings?

12        A.        No.

13        Q.        Do you have any training related

14    to -- withdraw that question.

15              Aside from what we've just            01:44PM

16    discussed, do you have any training related to

17    additional training related to chemistry?

18        A.        May I look at my CV again.

19        Q.        Of course?

20        A.        Some of these may include some    01:44PM

21    chemistry.

22              Nothing that would really relate to

23    this case, no.

24        Q.        Other than the certifications

25    listed here, do you have any certifications    01:45PM

                                                        13

☐

1    DRAFT TRANSCRIPT - EASTWOOD-STEIN DEPOSITION SERVICES

2    related to paint?

3        A.        Only those listed on my CV.

4        Q.        And do -- how do any of your

5    certifications apply to the area of chemistry, if    01:45PM

6    they do at all?

7        A.        The ones that we've already

8    discussed, I car certification.  I car is

9    essentially structural and nonstructural repair

10    of automobiles, as opposed to mechanical repair.    01:45PM

11    It includes refinishing, formulation of paint,

12    how to achieve proper adhesion, and what can

                        Page 12

EXHIBIT 3
PAGE 4 OF 48 PAGES

STA11156.txt

13   prevent adhesion.  For the ASE certification,

14   this is similar, only there's a certification

15   involved.  ()().                                01:45PM

16        Q.     Do you have any publications?

17        A.     No.

18        Q.     Can you briefly describe your work

19   experience?

20        A.     Sure.                              01:46PM

21               Going forward chronologically?

22        Q.     Yes.  From college.

23        A.     After graduating I worked at

24   McDonnell Douglas Aircraft, now defunct.  And as

25   you get older that sort of happens more and more  01:46PM

                                          14

1    DRAFT TRANSCRIPT - EASTWOOD-STEIN DEPOSITION SERVICES

2    often.  I worked on the C17 project there in

3    structural design in several areas including some

4    areas of composite design, which there was

5    chemistry involved there, but once again doesn't   01:46PM

6    involve anything related to this case.

7               I have to look to see what I did in

8    the intervening times.

9               Oh, I did, of course, list on my CV

10   that I was a heavy equipment mechanic while I was   01:46PM

11   in college.  So we'll step back there for a

12   moment.

13               A brief stint in Germany working

14   for a supplier to BMW on design the only new BMW

15   body components.                                  01:47PM

16               Then from 1990 to the -- if it
                         Page 13


EXHIBIT 3
PAGE 5 OF 48 PAGES

STA11156.txt

17    says present, that has to be fixed.

18              From 1990 to 2002 I worked

19    part-time as an inspector for automotive

20    collision consultants.  That company specialized    01:47PM

21    in inspecting cars for proper repair, repair

22    fraud, accident fraud, including proper use of

23    materials and processes in refinishing.

24         Q.    Does any of your work experience

25    relate to selling paint?                            01:47PM

                                                    15

1     DRAFT TRANSCRIPT - EASTWOOD-STEIN DEPOSITION SERVICES

2         A.    No.

3         Q.    Do you have any work experience in

4     testing paint -- withdraw that.

5              In applying paint?                         01:47PM

6         A.    Work experience in applying paint.

7     Well, for instance for this case, I applied quite

8     a bit of this paint in testing.

9         Q.    Prior to this case, do you have any

10    experience with paint application?                  01:48PM

11        A.    Well, yes.  But if -- if it's work

12    experience, then we would have to say no, but

13    I've painted several cars.

14        Q.    Outside of paint related automotive

15    issues, do you have any additional work            01:48PM

16    experience related to paint composition?

17        A.    I think we've covered it.

18        Q.    And what is your current

19    employment?

                         Page 14

EXHIBIT 3
PAGE 6 OF 48 PAGES

STA11156.txt

20      A.      Shall with Vollmer Gray engineering  01:48PM

21  laboratories.

22      Q.      What does voluntarily gay do?

23      A.      We are a consulting engineering

24  laboratory.

25      Q.      Who are your typical customers?     01:48PM

                                                16

DRAFT TRANSCRIPT - EASTWOOD-STEIN DEPOSITION SERVICES

2       A.      They fall into various groups.  I

3   would say insurance companies, largely.

4   Attorneys.  And I don't know the split, but those

5   would be our two larger groups of customers.  In   01:49PM

6   addition to that this will be various

7   manufacturing companies or consultant to

8   manufacturing companies who will consult us on

9   knew designs for evaluation.

10      Q.      And what fraction of your work, if   01:49PM

11  you can estimate, is devoted to working on cases

12  in litigation?

13      A.      Certainly not a majority.  Give me

14  a moment to think.

15              At this point I would say it's       01:49PM

16  between 30 and 40 percent.

17      Q.      Is -- can you describe is to me

18  what is your area of expertise?

19      A.      Automatic motor accident

20  reconstruction.  Failure analysis of various      01:49PM

21  things, machines.  Construction defects.

22  Automotive paint failures.  Paint failures in

23  general.  And premises liability inspection.

                    Page 15

EXHIBIT 3
PAGE 7 OF 48 PAGES

STA11156.txt

24          Q.      I'm sorry, did you say paint

25      failures in general?                                01:50PM

                                                    17

☐

1    DRAFT TRANSCRIPT - EASTWOOD-STEIN DEPOSITION SERVICES

2          A.      Yes.

3          Q.      What percentage of your work has

4      been devoted to cases relating to paint failures

5      in general?                                          01:50PM

6          A.      This would be the one.

7          Q.      So prior to this case did you have

8      any other experience with paint failures in

9      general?

10         A.      Other than non-automotive paint?        01:50PM

11         Q.      Non-automotive paint.

12         A.      No, none.

13                 MS. LEE:   Handing to the court

14      reporter and the witness the disclosure of expert

15      witness dated October 13th, 2006, to be marked as  01:51PM

16      an exhibit.

17      (Deposition Exhibit 35 was marked for

18      identification and is annexed hereto.)

19      BY MS. LEE:

20         Q.      Mr. Stapleford, do you recognize        01:51PM

21      this document?

22         A.      Yes.

23         Q.      What is it?

24         A.      This is my CV.

25         Q.      And what is the following page?         01:51PM

                                                    18

                        Page 16

EXHIBIT 3
PAGE 8 OF 48 PAGES

STA11156.txt

1   DRAFT TRANSCRIPT - EASTWOOD-STEIN DEPOSITION SERVICES

2        A.        It is a matrix that I made up in

3   conformance with federal rule, help me out, is it

4   29.

5                MR. SHOUP:  26.                    01:52PM

6                THE WITNESS:  Only three off.

7   Listing depositions that I've given, arbitrations

8   and trials.

9   BY MS. LEE:

10       Q.        Is this a current listing of your     01:52PM

11  testimony in these cases?

12       A.        Yes.

13       Q.        Can you tell me what type of cases

14  are listed here?

15       A.        we can go through them and I can      01:52PM

16  try.

17       Q.        Okay.

18       A.        Garcia versus Home Depot.  An

19  accident falling off a truck.

20       Q.        Okay.  Let me do you this this way    01:52PM

21  the, Mr. Stapleford.

22                Can you list the industries

23  involved in these cases.

24       A.        Wow, that's a toughy.

25                Garcia versus Home Depot.  Retail.   01:53PM

19

1   DRAFT TRANSCRIPT - EASTWOOD-STEIN DEPOSITION SERVICES

2        Q.        Okay.  Let me clarify.  Trying to

Page 17

EXHIBIT 3
PAGE 9 OF 48 PAGES

STA11156.txt

3    save us time.

4              Are any of the cases listed on this

5    list, did they require you to analyze paint?    01:53PM

6        A.    Yes.

7        Q.    And which are those cases?

8        A.    One we're seeing here, & gave

9    square versus Glendale Mitsubishi.

10       Q.    Was that a case related to          01:53PM

11   automotive paint?

12       A.    Yes.

13       Q.    Okay, please continue.

14       A.    That's it for that.

15       Q.    Okay.  Do any of the cases on this    01:53PM

16   list relate to -- require you to perform chemical

17   analyses?

18       A.    Give me a moment.

19              I can see where one would have been

20   in order, but we didn't need to go that far.     01:54PM

21   That would be Chan versus Serramonte.

22       Q.    Okay.

23       A.    And no, none of these others.

24       Q.    Do any of these -- of the cases

25   listed on this document involve materials similar  01:54PM

                                20

☐

1    DRAFT TRANSCRIPT - EASTWOOD-STEIN DEPOSITION SERVICES

2    to the materials you analyzed in the present

3    case?

4        A.    No.

5        Q.    Mr. Stapleford, if you'll look       01:55PM

                     Page 18

EXHIBIT 3
PAGE 10 OF 48 PAGES

STA11156.txt
6    under the section that says "Trial."

7         A.    Yes.

8         Q.    Have you been ever recognized by a

9    court of law as an expert?

10        A.    Yes.                                  01:55PM

11        Q.    And in which of these cases?

12        A.    All of them.

13              I'm sorry, you didn't say federal

14   court, did you?

15        Q.    No.  Just court of law.              01:55PM

16        A.    Okay, good.

17        Q.    And the subject matter of the cases

18   listed under trials, just to clarify, do any of

19   these cases relate to paint composition?

20        A.    None of the trials relate to paints  01:55PM

21   composition.

22        Q.    Has your testimony ever been

23   excluded by a court of law?

24        A.    No.

25        Q.    Mr. Stapleford, I'll ask you to      01:56PM

                            21


1    DRAFT TRANSCRIPT - EASTWOOD-STEIN DEPOSITION SERVICES

2    turn to page MIC 065 of Exhibit 35?

3         A.    Okay.

4         Q.    Could you just tell me what your

5    hourly rate is?                                 01:56PM

6         A.    It currently 200 an hour and 250

7    for testimony.  And looks like you've got a

8    current copy here.

9         Q.    How many hours did you spend --
                       Page 19

EXHIBIT 3
PAGE 11 OF 48 PAGES

STA11156.txt

20      A.      Materials, metallurgy.  I believe      02:01PM

21  that's where his degrees are.

22      Q.      Is the "California No. MT1851,"

23  does the MT refer to metallurgy?

24      A.      I believe it does.

25      Q.      And what is metallurgy?      02:01PM

25

1  DRAFT TRANSCRIPT - EASTWOOD-STEIN DEPOSITION SERVICES

2      A.      It's the study of the chemical

3  composition and structural formulation of metal.

4      Q.      What did you provide him in

5  connection with his review of this report?      02:01PM

6      A.      The report itself and access to the

7  photographs.

8      Q.      Did he have access to the exemplar

9  paints and primers used in this report?

10      A.      In principle he had access to      02:01PM

11  everything.  Anything that he wishes to question,

12  I would demonstrate.

13      Q.      But you provided him access -- you

14  provided him the report and the photos?

15      A.      Yes.      02:02PM

16      Q.      Are the photos the ones included in

17  the actual report?

18      A.      Yes.  And I don't know to what

19  extent he reviewed the full stack which are kept

20  on our computers so he would have access to those      02:02PM

21  through his computers.

22      Q.      But did you provide them expressly

23  to him?

Page 23

EXHIBIT 3
PAGE 12 OF 49 PAGES

STA11156.txt

24        A.        No.

25        Q.        Would Mr. Zamiski have had access        02:02PM

                                                            26

☐

1    DRAFT TRANSCRIPT - EASTWOOD-STEIN DEPOSITION SERVICES

2        theoretically to your entire work file?

3        A.        Oh, yes.

4        Q.        Have you formulated any other

5    opinions regarding the performance of the paint        02:02PM

6    on the RAM Building other than those disclosed in

7    the report?

8        A.        Yes.

9        Q.        And what are the additional

10   opinions?                                              02:02PM

11       A.        Let's go to, I believe it's that

12   folder right there, that page, on the top.

13               Of course we have two products on

14   the building.  We have paint and we have primer.

15   So I have two opinions.  One regards the paint,        02:03PM

16   one regards the primer.

17       Q.        Please go ahead with the opinion

18   about the paint?

19       A.        The paint was mixed with too much

20   tint causing the bleed out and the uneven sheen.       02:03PM

21       Q.        Okay.  And about the primer?

22       A.        The primer cannot maintain the

23   adhesion not the substrate in the environment to

24   which it is exposed.

25       Q.        And let's start with the first         02:03PM

                                                           27

                        Page 24

EXHIBIT 3
PAGE 13 OF 48 PAGES

STA11156.txt

17      Q.      Let's go to the next sentence, the
18  streaking on the paint itself was not no longer
19  visible.
20              Let's just start with that section.  02:22PM
21              What did you base this conclusion
22  on?
23      A.      Visual inspection of the building.
24      Q.      Have you ever seen any photos of
25  the building depicting streaking in the paint?  02:22PM

                                                42

☐

1  DRAFT TRANSCRIPT - EASTWOOD-STEIN DEPOSITION SERVICES
2      A.      No.
3      Q.      Let's go to the next part of that
4  sentence:
5                  "But the finish of the        02:22PM
6          paint was consistently flat giving
7          the appearance of primer rather than
8          a finished coat."
9              What did you mean by this
10  statement?                                    02:22PM
11      A.      Precisely what it says.  There was
12  no gloss, no semi-gloss to the gray paint on the
13  building.
14      Q.      Does this statement indicate any
15  unevenness in sheen?                          02:23PM
16      A.      That statement does not indicate
17  any unevenness in sheen.
18      Q.      Did you observe any unevenness in
19  sheen?

                    Page 38

EXHIBIT 3
PAGE 14 OF 48 PAGES


STA11156.txt

20          A.      Yes.  Between the trim colors which  02:23PM

21    were semi-gloss.  And that -- that was

22    unevenness.

23          Q.      What makes primer look more flat

24    than a finish coat?

25          A.      By the way that it dries.           02:23PM

                                                    43

1     DRAFT TRANSCRIPT - EASTWOOD-STEIN DEPOSITION SERVICES

2           Q.      Is that the only factor?

3           A.      The chemical composition of it.

4           Q.      When you say the way it dries, does

5     primer dry differently than finish coat?         02:23PM

6           A.      Yes.

7           Q.      In what way?

8           A.       It dries more from the outside in

9     and here I'm referring back to more of my

10    automotive paint experience and it dries faster.  02:23PM

11          Q.      Let's back up a little.

12                  What is automotive paint made of,

13    typically?

14          A.      Well, there's a lot of

15    constituents.  The basics of paint are -- Sorry.  02:24PM

16                  I'm using the word "tint," but for

17    some reason my mind --

18                  Pigment, solvents and binders.

19          Q.      Does that include surfactants?

20          A.      Oh, yes.                            02:24PM

21          Q.      What's the primary difference

22    between automotive paint and the exterior paint

23    used on the RAM Building?

                        Page 39

EXHIBIT 3

PAGE 15 OF 48 PAGES

STA11156.txt

24          A.      This particular exterior paint in

25    that it's water-based.                              02:24PM

                                            44

☐

1    DRAFT TRANSCRIPT - EASTWOOD-STEIN DEPOSITION SERVICES

2          Q.      Automotive paint isn't water-based?

3          A.      It hasn't in the past.  There are

4    some modern systems that are called water-based,

5    but are actually much more complex, but they do    02:24PM

6    include water, some modern systems.

7          Q.      Do you know if the description of

8    drying for primary paint, for automotive paint is

9    the same as it is for exterior paint?

10         A.      That question is too general, I       02:25PM

11   can't answer it.

12         Q.      Do you know if automotive primer

13   dries in the same way as primer for exterior

14   applications?

15         A.      Knowing what I do of the              02:25PM

16   differences in chemical composition, I would have

17   to deduce that the answer is no.

18         Q.      But can you explain further any

19   difference?

20         A.      Nothing that would really be          02:25PM

21   relevant.

22               MS. LEE:  Can you read back my --

23   not my last question, but the one before that.

24               THE WITNESS:  Yes, I might have

25   gotten it wrong, too.                               02:25PM

                                            45

                    Page 40

EXHIBIT 3
PAGE 16 OF 48 PAGES

STA11156.txt

1   DRAFT TRANSCRIPT - EASTWOOD-STEIN DEPOSITION SERVICES

2      (The pending question was read as follows:

3                      "Q. Do you know if

4              automotive primer dries in the same

5              way as primer for exterior              02:25PM

6              applications.")

7   BY MS. LEE:

8         Q.      Do you know if automotive finish

9   coat dries in a similar way -- in the same way,

10  excuse me, as paint for exterior applications?    02:26PM

11        A.      The same answer to that question.

12        Q.      Did you make any measurements of

13  sheen or gloss in your inspection?

14        A.      No.

15        Q.      Can you tell me how gloss is         02:26PM

16  measured?

17        A.      I've studied it, I'm afraid it is

18  not leaping to mind right now.  I should be able

19  to, but I cannot at the moment.

20        Q.      Do you know if there's a standard    02:26PM

21  range of gloss readings for semi-gloss paints,

22  for example?

23        A.      I'm sure there is.

24        Q.      For satin paints?

25        A.      Same answer.                         02:27PM

46

1   DRAFT TRANSCRIPT - EASTWOOD-STEIN DEPOSITION SERVICES

2         Q.      And do you know what those standard
                     Page 41

EXHIBIT 3
PAGE 17 OF 78 PAGES

STA11156.txt

```
10     your ASTM --                                    02:30PM
11          A.      The Elcometer mentioned there.
12                  And I just pronounced it
13     differently than I told you.  Elcometer or
14     Elcometer.
15          Q.      Had you used an Elcometer before?   02:30PM
16          A.      Not this particular model.
17          Q.      Had you used other Elcometer?
18          A.      Yes
19          Q.      Do ASTM 4541 test results depend on
20     the instrument being used?                       02:30PM
21          A.      Well, yes.  There are different
22     instruments being covered by the standard.
23          Q.      Are there different parameters for
24     each instrument?
25          A.      Since I only used one, I really     02:30PM
```

49

⌷

```
1     DRAFT TRANSCRIPT - EASTWOOD-STEIN DEPOSITION SERVICES
2     can't answer that for certain.  It would stand to
3     reason, though.
4          Q.      Do you know if the ASTM 4541 test
5     results depend on the material being tested as    02:30PM
6     that is the substrate?
7                  I should be more specific.
8          A.      Well, the results will.
9          Q.      I mean are the acceptable ranges
10    different based on substrate?                      02:31PM
11         A.      I don't know.
12         Q.      When you mentioned your prior use
```

Page 44

EXHIBIT 3
PAGE 18 OF 48 PAGES

STA11156.txt

13    of Elcometers, have you used them outside the

14    automotive context?

15        A.    No.                                          02:31PM

16        Q.    Can you explain to me the

17    difference between tensile stress and sheer

18    strength?

19        A.    Oh, yes.  Tensile strength is

20    pulling something.  So the stress created by        02:31PM

21    pulling something.

22        Q.    And what is shear stress?

23        A.    The stress created by trying to in

24    effect shear something, move the material

25    sideways through its cross-section.                  02:31PM

                                                    50



1    DRAFT TRANSCRIPT - EASTWOOD-STEIN DEPOSITION SERVICES

2                  And the report should note I was

3    making helpful gestures.

4                  MS. LEE:  He was.

5        Q.    Did you review the ASTM standard        02:31PM

6    prior to doing your testing?

7        A.    Yes.

8        Q.    And you were familiar with the

9    procedures set forth within?

10        A.    I had to familiarize myself were        02:32PM

11    the D4541.

12        Q.    Had you performed D4541 tests prior

13    to this case?

14        A.    No.

15        Q.    And how many ASTM --                     02:32PM

16                  Let me just cut it short.
                        Page 45

EXHIBIT 3
PAGE 19 OF 46 PAGES

STA11156.txt

| | | | |
|---|---|---|---|
| 17 | | -- 4541 tests did you perform on | |
| 18 | the building? | | |
| 19 | A. | At least 40. | |
| 20 | Q. | Where? | 02:32PM |
| 21 | A. | At various points on the building | |
| 22 | that are located by my notes. | | |
| 23 | Q. | Do you recall if you tested all | |
| 24 | sides? | | |
| 25 | A. | Yes. | 02:32PM |

51

DRAFT TRANSCRIPT - EASTWOOD-STEIN DEPOSITION SERVICES

| | | | |
|---|---|---|---|
| 1 | | | |
| 2 | Q. | And about how many per side? | |
| 3 | A. | If I remember correctly, 8 on the | |
| 4 | short side which is the north and the south and | | |
| 5 | 12 on the long sides, give or take a test or two. | | 02:33PM |
| 6 | Q. | And these readings, are they | |
| 7 | recorded in your notes? | | |
| 8 | A. | Yes. | |
| 9 | Q. | And those are the notes that have | |
| 10 | been produced today? | | 02:33PM |
| 11 | A. | Yes. | |
| 12 | Q. | What reading would you expect for a | |
| 13 | conventional latex system? | | |
| 14 | A. | I did not have an expectation. | |
| 15 | Q. | Do you know if there's a standard | 02:33PM |
| 16 | defined? | | |
| 17 | A. | The word standard here, do you mean | |
| 18 | for acceptable ranges of adhesion for latex? | | |
| 19 | Q. | Yes. | |

Page 46

EXHIBIT 3
PAGE 20 OF 48 PAGES

STA11156.txt

20      A.      I would have to assume there is,      02:33PM

21  but I don't know what it is.

22      Q.      Did you do anything to determine

23  what acceptable range is?

24      A.      As defined by 4541?

25      Q.      Yes.                                   02:33PM

                                              52

☐

1  DRAFT TRANSCRIPT - EASTWOOD-STEIN DEPOSITION SERVICES

2           A.      No.

3           Q.      How are you able to interpret your

4   readings results without a standard?

5           A.      I prepared the numerical result      02:34PM

6   that I got from my machine with the actual

7   behavior of the paint on the location and the

8   results of prior tests that had been performed on

9   the building.

10          Q.      Let's go through that one by one.      02:34PM

11                  You compared the behavior --

12                  Can you read back his answer.

13                      (The preceding answer was

14              read as follows.

15                      "A. I prepared the

16              numerical result that I got from my

17              machine with the actual behavior of

18              the paint on the location and the

19              results of prior tests that had been

20              performed on the building.")            02:34PM

21  BY MS. LEE:

22          Q.      Let's start with the first basis,

23  the comparison of numerical requirements with the

                              Page 47

EXHIBIT 3
PAGE 21 OF 48 PAGES

STA11156.txt

24     behavior on the location.  Of the paint.

25                    Can you explain that?              02:35PM

                                            53

⬚

1    DRAFT TRANSCRIPT - EASTWOOD-STEIN DEPOSITION SERVICES

2              A.    Yes.   There are areas of the

3    building where the paint either had already --

4    adhesion of the primer to the substrate had

5    already failed or was prepared to fail when       02:35PM

6    peeled by finger.  This would be an area

7    essentially adhesion failure.

8              Q.    I see.  So you tested those areas?

9              A.    Well, I tested lots of areas.  But

10   focusing on those.                                02:35PM

11             Q.    And what was the tensile stress

12   reading for those areas?

13             A.    Let's find out.

14                   Start about test 21 or so.

15                   They varied.  They ranged from a   02:35PM

16   low of 109 psi tensile stress at failure to 500.

17             Q.    I'm asking about -- specifically

18   about the failure ones.

19                   What was the typical reading?

20             A.    This will take a little time.      02:36PM

21             Q.    Go ahead.

22             A.    Interestingly enough, location 12,

23   which was an area where the adhesion was so bad

24   that a piece of masking tape that I had placed on

25   the building simply as a locator to put my test   02:36PM

                                            54

EXHIBIT 3
PAGE 22 OF 48 PAGES

STA11156.txt

```
 1    DRAFT TRANSCRIPT - EASTWOOD-STEIN DEPOSITION SERVICES
 2    puck, having no scores underneath the masking
 3    tape, when I removed the masking tape it actually
 4    pulled the paint.
 5                    In addition to that, the excess      02:37PM
 6    adhesive I used, when I peeled that off it took
 7    the paint with it.  However that one came out at
 8    500 psi.
 9        Q.    Can you explain that?
10        A.    Actually I can't.                          02:37PM
11                    But then I go on to show that the
12    paint right in that area could literally be
13    peeled away by hand.
14        Q.    Let me fee see if I understand it.
15                    An area where you could peel the     02:37PM
16    paint by hand you got a tensile strength of 500
17    psi?
18        A.    That is correct.
19        Q.    So how did that inform your
20    understanding of your understanding of numerical    02:37PM
21    values as to what number is needed to show
22    adhesion?
23        A.    Well, that wasn't my goal.  But
24    close to that, that told me that the numerical
25    values were not the best way to approach the        02:37PM
```

55

```
 1    DRAFT TRANSCRIPT - EASTWOOD-STEIN DEPOSITION SERVICES
 2    adhesion problems on this building.
```
Page 49

EXHIBIT 3
PAGE 23 OF 48 PAGES

STA11156.txt

```
 3        Q.      I see.

 4                So back to your comparison of

 5    numerical results with the behavior on a          02:38PM

 6    location, with the paint on a location.

 7                Is it your testimony that numerical

 8    results were inconclusive?

 9        A.      Numerical results were

10    inconclusive.                                     02:38PM

11        Q.      So the next thing that you discuss

12    is understanding the values -- the different

13    adhesion repeating values was a result of prior

14    testing?

15        A.      Yes.                                  02:38PM

16        Q.      And let's go to that section on

17    MIC 053.

18                And an example of a previous test,

19    appears to be ASTM 3541 as shown in figures one

20    and two.                                          02:39PM

21                What was the tensile reading on

22    that test?

23        A.      I have absolutely no idea.

24        Q.      And then let's go to the next

25    sentence, the previous test performed per ASTM    02:39PM
```

                                        56

⬜

```
 1    DRAFT TRANSCRIPT - EASTWOOD-STEIN DEPOSITION SERVICES

 2    D3351 is shown in figure three.

 3                This test appears to have produced

 4    that 08?

 5        A.      08 result.                            02:39PM
```

                    Page 50

EXHIBIT 3
PAGE 24 OF 48 PAGES

STA11156.txt

```
 6       Q.      Let's take a look at that photo.

 7       A.      And before we do, let me interject,

 8    3351 is a typographical error that runs through

 9    the report.  Wherever 3351 is encountered, it

10    should read 3359, I believe.                      02:39PM

11       Q.      Let's take a look at figure 3 of

12    the report.

13       A.      This will be a black and white, so.

14       Q.      That's -- If you have a copy --

15       A.      Sure.                                   02:39PM

16       Q.      I have a black and white Xerox

17    which is probably even worse than that.

18       A.      Yes.  We'll go to the photograph

19    that actually covers that.  That will be it.  I

20    believe it is.  Or -- Yes, that's got to be it.   02:40PM

21               This will be in the main section of

22    photographs that you have there.  Identified with

23    the caption P 6040037.

24       Q.      Okay.

25               Let's back up to the first test       02:40PM
```

57

☐

```
 1    DRAFT TRANSCRIPT - EASTWOOD-STEIN DEPOSITION SERVICES

 2    mentioned that appears to be for per ASTM D4541.

 3       A.      Yes.

 4       Q.      You testified you don't know what

 5    the tensile test reading for that?                02:41PM

 6       A.      That's correct.  But I did not

 7    perform that test.

 8       Q.      Do you know who prepared that test?

 9       A.      No.
```
Page 51

EXHIBIT 3
PAGE 25 OF 48 PAGES

STA11156.txt

10      Q.      Why did you include this test in      02:41PM
11   your report?
12      A.      I included the fact that it was
13   present to indicate that the building had been
14   tested before my arrival.
15      Q.      Are you able to determine any --      02:41PM
16              Are you able to draw any
17   conclusions from that test regarding adhesion?
18      A.      None.
19      Q.      And now this previous test
20   performed per ASTM 3359, that was P 604037.  J      02:41PM
21   peg are you able to draw any conclusions
22   regarding adhesion from this test?
23      A.      Yes.
24      Q.      Why is that?
25      A.      Because there was a standard for --  02:41PM

                                           58

1   DRAFT TRANSCRIPT - EASTWOOD-STEIN DEPOSITION SERVICES
2   can't say past failure criterion, but grading
3   criterion of adhesion based on that test.  So
4   anyone ENCOUNTERS that test after it has been
5   performed can interpret it.                   02:42PM
6       Q.      Do you know if any paint was
7   removed from this section of the building after
8   the test was performed?
9       A.      No.
10      Q.      Do you know when this previous test  02:42PM
11   was performed?
12      A.      Only -- Yes, only that it's prior

                        Page 52

EXHIBIT 3
PAGE 26 OF 48 PAGES

STA11156.txt

13     to my arrival.  I believe it wasn't long.  I did

14     not make notes on it, but Mr. Estabrook told me

15     he had granted access to the building to a group    02:42PM

16     sometime not long before I was there.

17            Q.     So you don't have any idea of the

18     conditions present during that previous testing?

19            A.     Correct.

20            Q.     Do you have any idea what kind of     02:42PM

21     tape might have been used in the previous

22     advertise?

23            A.     No.  And we can expand that I don't

24     know whether the test was properly performed.

25            Q.     Based on your testimony that you      02:42PM

59

☐

1     DRAFT TRANSCRIPT - EASTWOOD-STEIN DEPOSITION SERVICES

2     don't know if the test was properly performed,

3     how are you able to draw conclusions regarding

4     adhesion from this test?

5            A.     Once again, I think I said the       02:42PM

6     results appear to be this.  So based upon those

7     caveats, if in fact this is the result of that

8     test, then the grading that I assigned to it will

9     be my interpretation through the standard.

10            Q.     I see.                                02:43PM

11                   So your conclusion assumes that

12     this is the state of the test immediately after

13     this test was performed?

14            A.     Yes.

15            Q.     But this test was not performed by    02:43PM

16     you?

Page 53

EXHIBIT 3
PAGE 27 OF 48 PAGES

STA11156.txt

```
17        A.      Correct.
18        Q.      And have you done anything to
19    ascertain whether the previous test were
20    contaminated since they were done?              02:43PM
21        A.      No.
22        Q.      Is it possible that elements,
23    weather elements could have contaminated the
24    test?
25        A.      Remotely possible.                   02:43PM
```

60

☐

```
1    DRAFT TRANSCRIPT - EASTWOOD-STEIN DEPOSITION SERVICES
2         Q.      Let's go to the sentence that says,
3    in that same second paragraph on MIC 053:
4                     "Paint would peel away
5             easily from around the test spot."      02:43PM
6         A.      Correct.
7         Q.      So this is the test spot that had
8    been scored?
9         A.      It had been performed apparently I
10    the ex-cut method of 3359.                       02:44PM
11        Q.      And the X-cut method, does that
12    break the paint, the film seal?
13        A.      Yes.
14        Q.      And once the film seal is broken,
15    is the paint then exposed to the elements?       02:44PM
16        A.      Yes.
17        Q.      Do you know if moisture in a broken
18    film can affect adhesion?
19        A.      Yes.
```

Page 54

EXHIBIT 3
PAGE 28 OF 48 PAGES

STA11156.txt

20      Q.      And what do you know about that?      02:44PM

21      A.      It does not help adhesion.

22      Q.      Okay.  So if moisture had entered

23   through the X-cut, it may have affected the

24   adhesion?

25      A.      Yes.                                  02:44PM

61

DRAFT TRANSCRIPT - EASTWOOD-STEIN DEPOSITION SERVICES

1

2       Q.      Do you have -- Going back to your

3    psi readings, do you have a log of all of the

4    readings?

5       A.      Yes.                                  02:44PM

6       Q.      And when did you experience the

7    100, the lower of 190 psi?

8       A.      I think I just saw that as we're

9    going through on the south side of the building

10   not far from area 21 we were discussing.        02:45PM

11      Q.      Do you have a photo of that test?

12      A.      Yes.

13      A.      There's the whole process.  And I

14   have more information.

15      Q.      Okay?                                 02:45PM

16      A.      That one also peeled around the

17   large section after the test.

18      Q.      Can you tell me which photo you're

19   looking at?

20      A.      Yes.  Same section of photographs    02:45PM

21   you have.  That's a series of photos, and they

22   begin with, say, 6050227.

23      Q.      227?

Page 55

EXHIBIT 3
PAGE 29 OF 48 PAGES

STA11156.txt

| 24 | A. | Yes. |
| 25 | Q. | You mean 6050227? | 02:46PM |

62

☐

1    DRAFT TRANSCRIPT - EASTWOOD-STEIN DEPOSITION SERVICES

2         A.    Yes.

3         Q.    Okay.

4               So this test spot 23 is the low psi

5    reading of 190?                                    02:46PM

6         A.    Yes.

7         Q.    So in your testing you found that

8    areas where you could peel away had readings of

9    anywhere ranges from 190 psi to 500; is that

10   correct?                                           02:46PM

11        A.    That is correct.

12              MS. LEE:  Just for clarity of the

13   record, because Mr. Stapleford has provided

14   copies, my own copies, I believe, of the photos,

15   let's mark those as a separate exhibit.            02:46PM

16              Let's do this, let's mark all of

17   the documents produced by Mr. Stapleford today as

18   the next exhibit, I believe that's 36, with the

19   exception of the photos.

20   (Deposition Exhibit 36 was marked for              02:47PM

21   identification and is retained by counsel.)

22              MS. LEE:  And let's mark the photos

23   as Exhibit 37.

24   (Deposition Exhibit 37 was marked for

25   identification and is retained by counsel.)        02:47PM

63



EXHIBIT 3
PAGE 30 OF 48 PAGES

STA11156.txt

1    DRAFT TRANSCRIPT - EASTWOOD-STEIN DEPOSITION SERVICES

2    was getting ready to have an adhesion failure.

3                    When the heat increased the

4    temperature of the building, and it did get

5    hotter than 100 degrees, I don't know, how much         02:59PM

6    hotter, though, but by touch you know, the

7    bubbles would expand.

8                    When air was relieved from these --

9    the process of beginning to peel away this paint,

10   the paint itself had wrinkles in it when trying         02:59PM

11   to press it down on the surface, indicating the

12   surface of the paint itself had grown by itself.

13   This was not the phenomenon of the air stretching

14   the paint.

15        Q.       And you observed this during the          02:59PM

16   course of one day?

17        A.       During the course of my testing

18   which occurred on June 5th, one day.

19        Q.       So you're saying you could see

20   adhesion --                                             02:59PM

21                    Let me clarify.

22                    Are you testifying that the

23   adhesion of the paint in any given place on the

24   south side of the building was changing

25   throughout the day?                                     02:59PM

73

1    DRAFT TRANSCRIPT - EASTWOOD-STEIN DEPOSITION SERVICES

2         A.       The adhesion?
                   Page 65



EXHIBIT 3
PAGE 31 OF 48 PAGES

STA11156.txt

3       Q.      Yes.

4       A.      That is a conclusion that may be

5   inferred from this.  And it is my belief.  But        03:00PM

6   what I testified to was that I saw the paint size

7   changing.

8       Q.      So here when it's referring to the

9   peeling that is exacerbated by the greater

10  thermal expansion, what did you mean by the          03:00PM

11  peeling?

12      A.      There are, obviously, causes for

13  why the adhesions failed.  I observed -- I

14  observed the paint growing literally during the

15  day, during the course of the day when the           03:00PM

16  temperature was rising, and noting how that

17  promote further adhesion failures in the areas

18  around the bubbles.

19      Q.      Did you document this with photos?

20      A.      I believe that's what the videos          03:00PM

21  will tell you.

22      Q.      With regard to the testing that you

23  did that day, did you note the conditions, the

24  weather conditions that day?

25      A.      I estimated them by my own --             03:00PM

                                                    74

☐

1   DRAFT TRANSCRIPT - EASTWOOD-STEIN DEPOSITION SERVICES

2                   Like our discussion prior to going

3   on the record about how hot it is, I wrote down

4   notes about how warm I thought it was during

5   various times when I started on the north side,     03:01PM

                    Page 66

EXHIBIT 3
PAGE 32 OF 48 PAGES

STA11156.txt

6    proceeded to the east side, then the south side.

7    And as it happened, I hit the south side around

8    the middle of the day.  And the west side in the

9    afternoon.

10         Q.      So your notes reflect your personal   03:01PM

11   opinions as to how hot it was?

12         A.      My estimations.

13         Q.      Your personal estimations?

14         A.      Yes.

15         Q.      Did you take the surface            03:01PM

16   temperature of the building at any time?

17         A.      No, I can only tell you it was

18   hotter than a hundred degrees.

19         Q.      And that's also based on your

20   personal perception?                              03:01PM

21         A.      Yes.  But that's something that we

22   can pretty much prove, knowing that human beings

23   are 98.6 degrees.  Anything that's significantly

24   hotter than the hand is over 100 degrees.

25         Q.      So you must be a good thermometer    03:01PM

                                                    75

1    DRAFT TRANSCRIPT - EASTWOOD-STEIN DEPOSITION SERVICES

2    for kids.

3                Did you do any moisture tests that

4    day?

5         A.      No.                                 03:02PM

6         Q.      Did you note any moisture in the

7    air?

8         A.      No, it was really a beautiful day.

9    Being a Southern Californian, I'm sensitive to

                      Page 67

EXHIBIT 3
PAGE 33 OF 48 PAGES

STA11156.txt

20      Q.      But the photos do?                        03:16PM

21      A.      Yes.

22              Bear in find that the result did

23      not appear to be substrate dependent.

24      Q.      I understand.

25              So tape pull tests were done on all   03:16PM

                                                    88

☐

1    DRAFT TRANSCRIPT - EASTWOOD-STEIN DEPOSITION SERVICES

2    three substrates?

3        A.      Yes.

4        Q.      Were any other adhesion tests

5    performed on these three substrate samples?        03:16PM

6        A.      I don't believe so.

7                Take that back.  I'm sure I did the

8    4541 preliminarily to see if I was going to get

9    pretty much zero ratings on it, and I did.

10       Q.      On which substrate?                       03:17PM

11       A.      I wouldn't know.  I just take a

12   substrate, apply the system, cure it properly,

13   test, comes off.  That was done in preparation

14   for the trip to Alaska.

15       Q.      Let's go back to that --                  03:17PM

16               "Comes off," are you referring to

17   the testing of Gray Lady Primer?

18       A.      Yes.

19       Q.      But your testing of exemplar paint

20   and primer, there was good adhesion?                 03:17PM

21       A.      Yes.

22               When we refer to Gray Lady Primer

23   we're referring to this one mystery bucket with

                        Page 79

EXHIBIT 3
PAGE 34 OF 48 PAGES

STA11156.txt

24    the one partially legible label.  To clarify

25    that.                                          03:18PM

                                                89

☐

1     DRAFT TRANSCRIPT - EASTWOOD-STEIN DEPOSITION SERVICES

2            Q.      Thank you.

3                    Did you record the conditions of

4     the tests that you performed on the substrates?

5            A.      (No audible response.)          03:18PM

6            Q.      Did you record the temperature?

7            A.      No.

8            Q.      Were these performed inside your

9     lab?

10           A.      Yes.                            03:18PM

11                   Some other tape tests were

12    performed at SEAL Labs earlier in time.

13           Q.      But the paint application was

14    performed in your lab?

15           A.      Yes.                            03:18PM

16                   I must tell you I don't recall

17    whether SEAL applied their own paint.  They did

18    get essentially the same results that I did.

19           Q.      Do you know if seal lab had

20    controlled conditions during their testing?    03:18PM

21           A.      SEAL Labs generally does control

22    their conditions.

23           Q.      Do you know if they had controlled

24    conditions with respect to this specific test?

25           A.      I would confidently assume they  03:19PM

                                                90

                    Page 80

EXHIBIT 3
PAGE 35 OF 48 PAGES

STA11156.txt

☐

```
 1   DRAFT TRANSCRIPT - EASTWOOD-STEIN DEPOSITION SERVICES
 2   did.
 3        Q.      Did you maintain controlled
 4   conditions in your lab?
 5        A.      My lab does have controlled        03:19PM
 6   conditions.
 7        Q.      What are those controlled
 8   conditions?
 9        A.      72 degrees Fahrenheit.
10        Q.      And what's the humidity?           03:19PM
11        A.      Ambient.  Internal ambient.
12        Q.      I'm afraid I don't know what
13   internal ambient means exactly?
14        A.      Well, the ambient humidity is not
15   the same as external.  We don't have as much    03:19PM
16   humidity inside the building due to the air
17   conditioning and the water has been wrung out.
18        Q.      How long did the have the
19   substrates cured?
20        A.      A minimum of three days.  I think  03:19PM
21   some of them were cured as long as seven days.
22        Q.      You tested the building using ASTM
23   4541.  Why did you use the tape pull method 3359
24   in the testing you explained in your written
25   report?                                         03:20PM
```

☐

```
 1   DRAFT TRANSCRIPT - EASTWOOD-STEIN DEPOSITION SERVICES
 2        A.      That was performed after the
                         Page 81
```

EXHIBIT 3
PAGE 36 OF 48 PAGES

STA11156.txt

24    impermeable?

25         A.      I read the manufacturer's              03:36PM

                                                    98

☐

1    DRAFT TRANSCRIPT - EASTWOOD-STEIN DEPOSITION SERVICES

2    specification on their mineral coating.

3         Q.      Did you test the impermeability?

4         A.      No.

5         Q.      Did you -- And what was the mineral  03:36PM

6    coating?

7         A.      You mean the chemical constituency?

8         Q.      Yes.

9         A.      I do not know.

10        Q.      Did you examine the ceiling of the   03:36PM

11   panels on the building to determine whether any

12   moisture may be leaking in our out?

13        A.      Are you referring to around the

14   edges of the panels?

15        Q.      Yes.                                  03:36PM

16        A.      No.

17        Q.      Let's go to your conclusion on page

18   056.

19                The second sentence, it says:

20                   "The paint conforms to the        03:37PM

21              specifications provided."

22                What did you mean by that?

23        A.      Let me see.

24                The FTIR test indicated the paint

25   was formulated from paint type constituents.      03:37PM

                                                    99

EXHIBIT 3
PAGE 37 OF 48 PAGES

STA11156.txt

☐

```
 1   DRAFT TRANSCRIPT - EASTWOOD-STEIN DEPOSITION SERVICES
 2        Q.      What specifications provided are
 3   you referring to there?
 4        A.      The ICI Dulux spec sheets that were
 5   provided prior to the paint John.              03:37PM
 6        Q.      Okay.
 7        A.      Bear in mind, and I hadn't told you
 8   this yet, but I should clarify, the exemplar
 9   paint that I bought was completely untinted.  It
10   was white.  And I did not have the tint         03:37PM
11   information on that.
12        Q.      The next sentence says:
13                     "Primer appears to have
14            initially established adhesion but
15            did not maintain adhesion to the       03:38PM
16            panels in specific areas."
17                 And it's your conclusion that this
18   is caused by weather?
19        A.      This is caused by the paint -- the
20   primer not being able to maintain adhesion to   03:38PM
21   this particular substrate in this particular
22   environment.
23        Q.      And you base that on what facts,
24   what specific facts?
25        A.      My testing.                         03:38PM
```

100

☐

```
 1   DRAFT TRANSCRIPT - EASTWOOD-STEIN DEPOSITION SERVICES
 2                 The tests -- The results of those
```
                              Page 89


EXHIBIT 3
PAGE 38 OF 48 PAGES

STA11156.txt

3    tests that I saw for -- Lab testing and

4    observation of the debonding when I was actually

5    working on the panel itself.                        03:38PM

6         Q.     Let me ask you this with respect to

7    the environment that you've just referred to.

8              Where in any of this testing did

9    you test the impact of temperature changes?

10        A.     As I explained before, I observed    03:39PM

11   the paint expanding with the heat of the

12   building, so we know that there is a differential

13   in the thermal expansion between the paint and

14   the substrate.  That's one bit of evidence.

15             The other is that in areas where      03:39PM

16   the paint was debonding, sorry, I've lost my

17   train of thought.

18             Oh, I came at that that the wrong

19   way.

20             There was a small amount of noticed   03:39PM

21   debonding the first summer that it occurred in

22   May of 2005.  Or '4 was it?

23        Q.     The first summer after the

24   painting?

25        A.     Yes, I believe it was 2004 to May   03:40PM

101

1    DRAFT TRANSCRIPT - EASTWOOD-STEIN DEPOSITION SERVICES

2    2005.

3         Q.     The building was painted in 2003.

4         A.     Yes.  So I believe in May of 2004

5    some debonding was noted at that point.            03:40PM

Page 90

EXHIBIT 2
PAGE 39 OF 48 PAGES

STA11156.txt

6      More debonding has occurred since

7   then.  Not necessarily in the areas that have

8   previously debonded and had the property of

9   allowing the weather to get in, but spontaneous

10  areas by themselves.                              03:40PM

11          What we know is that temperature

12  swings have occurred this that time.  So

13  temperature is a prime suspect.

14          But in general, whatever it is

15  environmentally there that is present, that is    03:40PM

16  making that primer debond with time.

17      Q.      Just to clarify, in any of the

18  laboratory testing performed by you, did you

19  perform any tests to determine the impact of

20  temperature changes on the paint or primer?       03:41PM

21      A.      Not in laboratory testing.

22      Q.      And with respect to the testing

23  down by SEAL Labs --

24      A.      Yes.

25      Q.      -- is that the same?                   03:41PM

                                    102

☐

1   DRAFT TRANSCRIPT - EASTWOOD-STEIN DEPOSITION SERVICES

2       A.      The same situation of what?

3       Q.      Okay.

4               So you're conclusions regarding the

5   temperature is based on your observation during   03:41PM

6   the day, expanding paint, and the debonding that

7   occurred?

8       A.      Are reports of debonding at

9   previous times.  And the observation that more
                    Page 91

EXHIBIT 3
PAGE 40 OF 48 PAGES

STA11156.txt

```
10   debonding occurs over time.                      03:41PM
11        Q.      Did you see any photos of the
12   debonding that occurred in 2004?
13        A.      No.  But I'm glad you brought that
14   up.
15                Are there some photographs that you  03:41PM
16   have that we should be reviewing regarding that?
17        Q.      I do not have any photographs from
18   2004.
19                You're free to look at the exhibits
20   we have already.                                  03:42PM
21        A.      Okay, I'll just put these here.
22   I'm sorry I interrupted you.
23        Q.      Sure.
24                You testified that the environment
25   is making the primer debond.  The environment on  03:42PM
```

103

```
1    DRAFT TRANSCRIPT - EASTWOOD-STEIN DEPOSITION SERVICES
2    all sides of the building --
3                Let me withdraw that.
4                So are you referring specifically
5    to building wall temperature?                     03:42PM
6         A.      Right.  And in conjunction with the
7    substrate itself, it's the two that are
8    incompatible.
9         Q.      But there are areas on the south
10   side of the building where the paint is adhering;  03:42PM
11   is that correct?
12        A.      Yes.  And I would inject the word
```

Page 92

EXHIBIT 3

PAGE 41 OF 48 PAGES

STA11156.txt
13    the paint is still adhering.

14        Q.      Let's talk very briefly about what

15    we discussed at the beginning of this deposition,    03:43PM

16    which was your additional opinions not disclosed

17    in this report.

18        A.      Did we touch on that yet?

19                Oh, right.

20        Q.      Your first opinion was that the         03:43PM

21    paint was mixed with too much tint causing bleed

22    out and under sheen; is that correct?

23        A.      Correct.

24        Q.      What do you base these facts on,

25    I'm sorry; you said that.                            03:43PM

                                              104

⬜

1    DRAFT TRANSCRIPT - EASTWOOD-STEIN DEPOSITION SERVICES

2                 What bleed out are you referring

3    to?

4         A.      This streaking that was curing

5    repeatedly after the application of the paint.       03:43PM

6         Q.      Have you ever personally observed

7    the streaking of the paint?

8         A.      Not on the paint.

9         Q.      Is the streaking on the paint that

10    was reported to you, is it still present?           03:43PM

11        A.      It does not appear to be.

12        Q.      And with respect to the uneven

13    sheen, you testified earlier that there is a

14    consistently flat finish?

15        A.      I observed a consistently flat          03:44PM

16    finish.  It does not mean that there are not
                        Page 93



STA11156.txt

17    areas that I did not find.  There are areas

18    referred to in the documentation.

19        Q.    Did you document any areas of

20    uneven sheen in any of the photos or video that    03:44PM

21    you --

22        A.    No.

23        Q.    Why do you think the tint caused

24    the uneven sheen?

25        A.    I don't have any detail information  03:44PM

105

□

1    DRAFT TRANSCRIPT - EASTWOOD-STEIN DEPOSITION SERVICES

2    on that.

3              Bear in mind that second opinion is

4    based upon information that is available to you

5    as it's available to me.                    03:44PM

6        Q.    And did you describe specifically

7    what that information was?

8        A.    Well, various correspondences going

9    back and Ford about what to do about the

10    streaking, when it will be washed or recoated.    03:44PM

11    First they recoated it and then they washed, then

12    they washed and recoated.  Several back and

13    forths on that issue.

14        Q.    Can you explain the chemical

15    process that or the material process underlying    03:45PM

16    the relationship between the tint and uneven

17    sheen?

18        A.    Only in the most elementary terms.

19    And that would be what you have in the report

Page 94

EXHIBIT 3
PAGE 43 OF 48 PAGES

STA11156.txt

20    that once again is available to anyone.          03:45PM

21          Q.      Are you referring to the ICI

22    product evaluation report?

23          A.      Yes.

24          Q.      Let's take a look at that.

25          A.      Okay.                                03:45PM

                                                106

1    DRAFT TRANSCRIPT - EASTWOOD-STEIN DEPOSITION SERVICES

2                    You might find it faster than me.

3          Q.      Is this the document you're

4    referring to?

5          A.      Yes.  I can't find mine.  But        03:46PM

6    that's fine.

7                    Is this your only copy?

8          Q.      Yes.

9          A.      Okay, then I'll keep looking for

10   mine.                                              03:46PM

11                  Got it.

12         Q.      Okay.

13                  And where specifically do you see

14   any link between the tint and uneven sheen in

15   this document identified as ICI 244 through 249?   03:46PM

16         A.      In this document all I see related

17   to that is the excessive amount of tint in the

18   010 base maximum being was it 15, started with

19   29, increased to 40.

20                  And then we go to correspondence     03:47PM

21   where I believe Ron Adams mentions that the

22   problems with the paint are being caused by that

23   excessive tint.

                    Page 95

EXHIBIT 3
PAGE 44 OF 48 PAGES

Case 3:05-cv-00223-TMB    Document 28-5    Filed 11/27/2006    Page 46 of 49

STA11156.txt

| 24 | Q. | Can you find that statement? |
| 25 | A. | Yes, I'll have to find that. | 03:47PM

107

⬚

 1  DRAFT TRANSCRIPT - EASTWOOD-STEIN DEPOSITION SERVICES
 2                  Okay, I found one that does not
 3      approach it directly.  It is a reply to Mr. Adams
 4      from John Estabrook, three, four sentences here.
 5                      "You said that your tests     03:47PM
 6          determined that something was
 7          leaching out of the paint and causing
 8          the stain.  You said that this was
 9          due to too much darkener in the
10          paint.  You said that you would wash   03:48PM
11          the building and put another coat of
12          paint on it in the spring."
13      Q.      Can you tell me what number that
14  document --
15      A.      Yes, that's MIC 041.             03:48PM
16      Q.      And what's the date?
17      A.      That was dated March 2nd, 2004.
18      Q.      For clarity of the record, the
19  witness was recently referring to which has
20  previously been marked as Exhibit 23.        03:48PM
21              Can you just verify that?
22      A.      Yes.
23      Q.      Where in this letter is there a
24  reference to uneven sheen?
25      A.      Not in that letter.  But I'll refer  03:48PM

108



EXHIBIT 3
PAGE 45 OF 48 PAGES

STA11156.txt

☐

```
1    DRAFT TRANSCRIPT - EASTWOOD-STEIN DEPOSITION SERVICES
2    again to what may be Exhibit 25, ICI 241.  And
3    let's see.
4          Q.    Okay.
5          A.    Let's see what we have here.  I'll    03:48PM
6    read from the letter.
7                      When you sold me the paint
8             I asked "you if it was water-based
9             semi-gloss enamel, you said yes it
10            was.  The paint turned out to be a    03:49PM
11            dull flat finish.  The windows can't
12            be washed by hand using a rope
13            rigging because the feet will leave
14            permanent marks on the building.
15            Therefore, every time we wash the    03:49PM
16            windows it will be necessary to use a
17            man lift at a rental rate of
18            approximately $500."
19                  This one -- I'm sorry, I thought
20    this one had the uneven sheen in it.  I can't    03:49PM
21    find that particular document right now.
22          Q.    Let me ask you this.
23                  From any of your testing are you
24    able to -- have you found a link between excess
25    tint and uneven sheen?    03:49PM
```

109

☐

```
1    DRAFT TRANSCRIPT - EASTWOOD-STEIN DEPOSITION SERVICES
2          A.    I'm sorry, between what and uneven
                      Page 97
```

EXHIBIT 3
PAGE 46 OF 98 PAGES

STA11156.txt

24    heading it says:

25                        "Moisture in morning and        03:57PM

                                                  116

DRAFT TRANSCRIPT - EASTWOOD-STEIN DEPOSITION SERVICES

2                after application but acceptable

3                during application."

4                        Did you see that when you reviewed

5        this report?                                  03:57PM

6            A.      Yes, I did.

7            Q.      From that, did you conclude that

8        there were not moisture problems, at least

9        according to ICI's own analysis, regarding this

10       paint job.                                    03:57PM

11           A.      That is my interpretation of their

12       report results.

13           Q.      And you mentioned some

14       specifications of the paint that had been

15       provided prior to the paint job.              03:58PM

16                       Do you have any indication that

17       those specifications actually were provided to

18       anybody or were you just assuming that they were

19       provided?

20           A.      That was an assumption on my part.  03:58PM

21           Q.      So you don't know that the

22       specifications were provided by ICI prior to the

23       painting?

24           A.      I have no evidence of that.

25                       MR. SHOUP:  Okay, very good.  Those  03:58PM

                                                  117

Page 104

EXHIBIT 3
PAGE 47 OF 48 PAGES

STA11156.txt

```
1   DRAFT TRANSCRIPT - EASTWOOD-STEIN DEPOSITION SERVICES
2   are my questions.  Thank you.
3                 MS. LEE:  I only have one further.
4
5                    FURTHER EXAMINATION          03:58PM
6   BY MS. LEE:
7        Q.     With regard to the additional
8   opinions on bleeding and uneven sheen, why didn't
9   you do any testing of your own to determine the
10  cause of it?                                  03:58PM
11       A.     I can't answer that.  I don't have
12  a specific answer.
13       Q.     Were you instructed to determine
14  the cause?
15       A.     No.  I was asked if I could        03:58PM
16  determine the cause.  And I didn't feel that I
17  could.
18       Q.     And why can did you not feel that
19  you could?
20       A.     Because there are various reasons   03:58PM
21  why it might happen.  And by the time I became
22  involved, the bleed-out had occurred, it had gone
23  away.  I didn't have any really reliable evidence
24  that I could go on to decide what it is that
25  caused that.  It sounded like excessive tinting.  03:59PM
```

118

```
1   DRAFT TRANSCRIPT - EASTWOOD-STEIN DEPOSITION SERVICES
2   But once again, I'm not going to go out on a limb
                    Page 105
```

EXHIBIT 2
PAGE 48 OF 48 PAGES