Wei-Drin Lee, AK Bar No. 0505025
James E. Torgerson, AK Bar No. 8509120
HELLER EHRMAN LLP
510 L Street, Suite 500
Anchorage, AK 99501-1959
Telephone: (907) 277-1900
Facsimile: (907) 277-1920

Attorneys for Defendant
THE GLIDDEN COMPANY, d/b/a ICI PAINTS

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| MICHAEL INVESTMENTS, LLC,<br><br>                    Plaintiff,<br><br>     vs.<br><br>THE GLIDDEN COMPANY, d/b/a ICI PAINTS,<br><br>                    Defendant. | Case No. 3:05-cv-0223 (TMB)<br><br>**DECLARATION OF WEI-DRIN LEE IN SUPPORT OF ICI'S MOTION IN LIMINE TO EXCLUDE EXPERT TESTIMONY OF MICHAEL STAPLEFORD** |

I, Wei-Drin Lee, declare:

1. I am an attorney with Heller Ehrman LLP, counsel for The Glidden Company, d/b/a ICI Paints (ICI) in this action. I am admitted to practice before this Court. I make this declaration on personal knowledge in support of ICI's Motion in Limine to Exclude the Expert Testimony of Michael Stapleford.

2. Attached hereto as Exhibit 1 is a true and correct copy of Plaintiff's Disclosure of Expert Witness dated October 13, 2006.

3. Attached hereto as Exhibit 2 is a true and correct copy of excerpts of the Responses to Defendant's Discovery Requests to Plaintiff Dated September 27, 2006 which are dated October 23, 2006.

4. Attached hereto as Exhibit 3 is a true and correct copy of excerpts of the Draft Transcript of the November 15, 2006, deposition of Michael Stapleford.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on November 27, 2006.

s/ Wei-Drin Lee
Wei-Drin Lee

**CERTIFICATE OF SERVICE**
This is to certify that a true and correct copy of the foregoing
DECLARATION OF WEI-DRIN LEE IN SUPPORT OF ICI'S MOTION IN LIMINE TO EXCLUDE EXPERT TESTIMONY OF MICHAEL STAPLEFORD has been sent via ☐ Facsimile
☐ Regular U. S. Mail  ☐ Hand Delivery  ☒ Electronically
this 27th day of November, 2006, to:

David H. Shoup
TINDALL BENNETT & SHOUP, PC
508 W. 2nd Ave., 3rd Floor
Anchorage, AK  99501
Facsimile:  278-8536
e-mail:  shoup@tindall-law.com

s/Wei-Drin Lee
Wei-Drin Lee

SE 2188568 v1
11/27/06 3:28 PM (42647.0001)

Heller Ehrman LLP
510 L Street, Suite 500
Anchorage, AK 99501-1959
Telephone (907) 277-1900

DECLARATION OF WEI-DRIN LEE IN SUPPORT OF ICI'S MOTION IN LIMINE TO EXCLUDE EXPERT TESTIMONY OF MICHAEL STAPLEFORD
Michael Investments v. The Glidden Co., 3:05-cv-223 (TMB)
Page 2 of 2