David H. Shoup, Esq.
TINDALL BENNETT & SHOUP, P.C.
508 W 2nd Avenue, Third Floor
Anchorage, Alaska 99501
(907) 278-8533 Fax: (907) 278-8536

Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

MICHAEL INVESTMENTS, LLC, )
                          )
            Plaintiff,    )
                          )
      -vs-                )
                          )   Case No. 3:05-CV-223 (TMB)
THE GLIDDEN COMPANY, and  )
ICI PAINTS,               )
                          )
            Defendants.   )
_____)

**JOINT REPORT TO THE COURT IN**
**COMPLIANCE WITH ORDER ENTERED 11/28/06**

In compliance with the Court's order of November 28, 2006, the parties, by and through their respective counsel, report as follows:

Counsel for the parties conferred by telephone on November 29, 2006. Appearing for the plaintiff was David Shoup. Appearing for the defendants were Wei-Drin Lee and James Torgerson. Counsel thoroughly discussed each items listed in the Court's order.

Counsel herein certify:

(A) Discovery is complete.

(B) There is an outstanding motion in limine, filed by the defendant.

(C) The parties believe settlement is a possibility, and seek a settlement conference before a settlement judge. The parties respectfully request a settlement conference as soon as practicable.

(D) Counsel for the parties have agreed that the plaintiff need not respond to the defendant's motion in limine until two weeks have elapsed following the conclusion of any unsuccessful settlement conference, or for two weeks following an order to the effect that a settlement conference will not occur. Counsel for the plaintiff intends to file an unopposed motion to this effect.

(E) Counsel have agreed that in the event settlement discussions are unsuccessful, they and their clients would be able to try the case beginning on August 27 or on September 3. The parties do not anticipate the trial of this matter would take more than one week to complete.

DATED at Anchorage, Alaska this 5th day of December, 2006.

TINDALL BENNETT & SHOUP, P.C.
Attorneys for Plaintiff


By:   /s/ David H. Shoup
      David H. Shoup, ABA No. 8711106
      Tindall Bennett & Shoup, P.C.
      508 W. 2nd Avenue, 3rd Floor
      Anchorage, AK 99501
      Phone: 907/278-8533
      Fax: 907/278-8536
      E-mail: Shoup@Tindall-law.com

HELLER EHRMAN LLP
Attorneys for Defendant The Glidden Company
d/b/a ICI Paints


By:   /s/ Wei-Drin Lee
      Wei-Drin Lee, ABA No. 0505025
      Heller Ehrman, LLP
      510 L Street, Suite 500
      Anchorage, AK 99501
      Telephone: 907-277-1900

TINDALL BENNETT & SHOUP, P.C.
508 WEST 2ND AVENUE, THIRD FLOOR
ANCHORAGE, ALASKA 99501
(907) 278-8533
FAX (907) 278-8536