**UNITED STATES DISTRICT COURT
DISTRICT OF ALASKA**

MICHAEL INVESTMENTS, LLC,  )
                                     )
         Plaintiff,         )
                                     )    Case No. 3:05-CV-223 TMB
vs.                                )
                                   )    <u>ORDER SCHEDULING CONTINUED</u>
THE GLIDDEN COMPANY and   )    <u>SETTLEMENT CONFERENCE</u>
ICI PAINTS,                       )
                                   )
         Defendants.   )
_____)

       IT IS ORDERED:

       1.  THAT a continued settlement conference convene in chambers before the undersigned judge on Tuesday, March 20, 2007, at 9:30 a.m., in Anchorage.

       2.  THAT at said conference counsel appear with full authority to settle all issues of this litigation; and, if such is impossible to obtain, counsel shall have their clients with full settlement authority available in person or by telephone at the time above-specified.

       DATED at Anchorage, Alaska, this Sixth day of March 2007.


                                                    /s/
                                        James A. von der Heydt
                                        Senior United States District Judge