**MINUTES OF THE UNITED STATES DISTRICT COURT**
**DISTRICT OF ALASKA**

*Michael Investments, LLC*   v.   *The Glidden Company*

                                        Case No. 3:05-CV-223 TMB

         THE HONORABLE JAMES A. VON DER HEYDT, DISTRICT JUDGE

Appearances
     Plaintiff: David Shoup
     Defendant: Wei-Drin Lee, Jim Torgerson
l. davis, secretary

---

**ORDER FROM CHAMBERS**

        Continued settlement conference held.  Case settled in its entirety.  Mr. Shoup to prepare final documents dismissing the case with prejudice.

DATED: <u>March 20, 2007</u>                    by: <u>mld</u>