David H. Shoup, Esq.
TINDALL BENNETT & SHOUP, P.C.
508 W 2nd Avenue, Third Floor
Anchorage, Alaska 99501
(907) 278-8533 Fax: (907) 278-8536

Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| MICHAEL INVESTMENTS, LLC, ) <br> ) <br> Plaintiff, ) <br> ) <br> -vs- ) <br> ) Case No. 3:05-CV-223 (TMB) <br> THE GLIDDEN COMPANY, and ) <br> ICI PAINTS, ) <br> ) <br> Defendants. ) <br> _____ ) | |

### STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE

Pursuant to the provisions of Federal R. Civ. P. 41(a), the parties to this action, by and through respective counsel, agree and stipulate as follows:

1. That the above-entitled action be dismissed in its entirety with prejudice.

2. That the parties bear their respective costs and attorney's fees.

                        TINDALL BENNETT & SHOUP, P.C.
                        Attorneys for Plaintiff

May 15, 2007.        By: __/s/ David H. Shoup_____
                                  David H. Shoup, ABA No. 8711106
                                  Tindall Bennett & Shoup, P.C.

        508 W. 2nd Avenue, 3rd Floor
Anchorage, AK 99501
Phone: 907/278-8533 Fax: 907/278-8536
E-mail: Shoup@Tindall-law.com


HELLER EHRMAN, LP
Attorneys for Defendants


| April 20, 2007. | By: Wei-Drin Lee |
|---|---|
| | James E. Torgerson, ABA #8509120 |
| | Wei Drin Lee ABA #0505025 |
| | Heller Ehrman, LLP |
| | 510 L Street, Suite 500 |
| | Anchorage, AK 99501 |
| | Phone: 263-8404 Fax: 277-1920 |
| | E-mail: jim.torgerson@hellerehrman.com |