David H. Shoup, Esq.
TINDALL BENNETT & SHOUP, P.C.
508 W 2nd Avenue, Third Floor
Anchorage, Alaska 99501
(907) 278-8533 Fax: (907) 278-8536

Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| MICHAEL INVESTMENTS, LLC, )<br>)<br>Plaintiff, )<br>)<br>-vs- )<br>) Case No. 3:05-CV-223 (TMB)<br>THE GLIDDEN COMPANY, and )<br>ICI PAINTS, )<br>)<br>Defendants. )<br>_____ ) | |

### [PROPOSED] ORDER FOR DISMISSAL

Pursuant to the Stipulation For Dismissal With Prejudice executed by counsel for the parties, this matter is hereby dismissed with prejudice.

IT IS SO ORDERED.

Dated at Anchorage, Alaska, this _____ day of _____, 2007.

By:_____
Hon. Timothy M. Burgess
Judge of the U.S. District Court