IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

MICHAEL INVESTMENTS, LLC,        )
                                 )
            Plaintiff,           )
                                 )
        -vs-                     )
                                 )   Case No. 3:05-cv-223 (TMB)
THE GLIDDEN COMPANY, and         )
ICI PAINTS,                      )
                                 )
            Defendants.          )
_____ )

## ORDER FOR DISMISSAL

Pursuant to the Stipulation For Dismissal With Prejudice executed by counsel for the parties, this matter is hereby dismissed in its entirety with prejudice. The parties shall each bear their respective costs and attorney's fees.

IT IS SO ORDERED.

Dated at Anchorage, Alaska, this 15th day of May, 2007.


By:    /s/ Timothy M. Burgess
       Hon. Timothy M. Burgess
       Judge of the U.S. District Court